**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

# EXPERT REPORT OF DR. SHIMON KOGAN

**JULY 10, 2023**

*U.S. Securities and Exchange Commission v. Ian Balina*
Civil Action No. 1:22-CV-950

**EXHIBIT G**

# TABLE OF CONTENTS


**1. INTRODUCTION** ..... **2**

*1.1. Assignment* ..... *2*

*1.2. Qualifications* ..... *2*

*1.3. Documents Relied Upon* ..... *4*

**2. SUMMARY OF OPINIONS** ..... **5**

**3. BACKGROUND** ..... **6**

*3.1. Ethereum Blockchain and ETH* ..... *6*

*3.2. Ethereum Addresses and Wallets* ..... *8*

*3.3. Smart Contracts and ERC-20 Tokens* ..... *10*

*3.4. Initial Coin Offerings (ICOs)* ..... *12*

*3.5. Role of Promoters in ICOs* ..... *13*

*3.6. Sparkster ICO* ..... *13*

*3.7. Ian Balina's Participation in Sparkster's ICO* ..... *15*

**4. BALINA'S INVOLVEMENT IN THE SPARKSTER INVESTMENT POOL** ..... **16**

*4.1. Methodology* ..... *16*

*4.2. Balina Signed a SAFT to Purchase $5 Million in SPRK Tokens* ..... *18*

*4.3. Balina Directed Prospective Investors to Pre-Register Through a Google Form and Invest Using Primablock* ..... *21*

*4.4. Balina Controlled the Ethereum Address that Pooled Investor Funds* ..... *29*

*4.5. Balina Invested at Least $104,883 and Received a Bonus of 30% on His Investment* ..... *34*

**5. CONCLUSION** ..... **35**

**I. APPENDIX A – CURRICULUM VITAE OF SHIMON KOGAN** ..... **37**

**II. APPENDIX B – DOCUMENTS RELIED UPON AND CONSIDERED** ..... **48**

**III. APPENDIX C – TABLES** ..... **54**

**IV. APPENDIX D – ETHERSCAN SCREENSHOTS** ..... **65**

# 1. INTRODUCTION

## 1.1. Assignment

1. I have been engaged by the Securities and Exchange Commission ("SEC") to provide expert testimony in the matter of *Securities and Exchange Commission v. Ian Balina* pending in the United States District Court for the Western District of Texas, Austin Division. The SEC has retained me to independently review and opine on Ian Balina's ("Balina") transactions, including those on the Ethereum blockchain, involving the Sparkster, Ltd. ("Sparkster") Initial Coin Offering ("ICO") based on provided documents and analysis of publicly available blockchain data. Specifically, I have been asked to review and opine on Balina's involvement in the investment pool that he communicated with in the Telegram group called "Sparkster Pre-Sale" or "Sparkstan" (referred to in this Report as the "Sparkster Investment Pool"). I have also been asked to provide background and context on the Ethereum blockchain, smart contracts, ICOs, and the role of promoters in ICOs.

## 1.2. Qualifications

2. I am an Associate Professor of Finance at the Wharton School, the University of Pennsylvania, and the Arison School of Business, Reichman University (Israel). I have also served on the faculty at the McCombs School of Business, University of Texas at Austin, the Sloan School of Business, MIT, and the Tepper School of Business, Carnegie Mellon University. I received my B.A. in Economics from Tel Aviv University in 1993, my MBA from the Haas School of Business, University of California at Berkeley, in 1999, and my Ph.D. in Finance from the Haas School of Business, University of California at Berkeley, in 2005. I am a current and former committee member at some of the top academic finance conferences such as the Western Finance Association, the Utah Winter Finance Conference, and the Texas Finance Festival. I am also serving as a referee

for top finance journals, including the *Journal of Finance*, the *Journal of Financial Economics*, and the *Review of Financial Studies*. I previously served as a finance area head at Reichman University, and as the Ph.D. program coordinator at Carnegie Mellon University.

3. My primary research interest is in financial technology or "fintech" with particular emphasis on investor behavior in capital markets. I conducted some of the very early research in machine learning applied to finance and, more recently, around crypto markets. I have published 10 papers, mostly in the top finance-economics journals (the *Journal of Finance, Review of Financial Studies,* and *American Economic Review*) and have been cited over 1,300 times according to Google Scholar. Two of my most recent papers focus on the crypto markets. In the first, we observe that the way in which crypto returns are typically reported (e.g., measured over a 24-hour window) differs from the standard practice for stocks and bonds (e.g., measured between close of previous day to close of current day) and that this difference can lead investors to behave differently in crypto markets. Specifically, we show that it gives rise to a predictable change in past returns and link it to momentum behavior. In another paper, we study a large dataset of retail traders' portfolio from around the world and develop a methodology to infer their future return beliefs from their portfolio composition. We proceed to show that even investors that hold both crypto and equity assets appear to have momentum return beliefs in cryptos but mean-reverting return beliefs in equities and gold.

4. I am also deeply passionate about the current and future implications of technology on financial services and the nature of the skills needed. I therefore developed the course "Fintech: Business, Finance, and Technology," which was one of the first fintech courses to be offered at top universities. The course is divided into two sections: a deep dive into machine learning tools and their application to credit, and a deep dive into blockchain with its application to trading. Over

the years, I taught the course to a wide range of audiences from undergraduate students, MBA students, executive MBA students, and executives. I received a teaching excellence award at the Wharton School for teaching this course. I have also developed a master-level course on cryptocurrencies and decentralized finance ("DeFi") and taught at a special program to business executives on this topic. In addition to my research and teaching, I have been serving on the advisory board of multiple fintech startups, including two in the blockchain space.

5. My curriculum vitae, attached as Appendix A to this report, provides more details about my educational and professional background and experience, as well as a list of my publications over the last ten years. I have been compensated at a rate of $650 per hour for the time I spent on this matter. I have been assisted by Integra FEC, a forensic data analytics and litigation consulting firm. Integra FEC has developed tools and algorithms to analyze the blockchain and has forensic data analysts and economists who have assisted me in analyzing these issues.

### 1.3. Documents Relied Upon

6. A complete list of documents and data sources relied upon in conducting the analysis is attached as Appendix B. These include, but are not limited to, correspondence between Balina and Sparkster, social media communications, and records of investors in the Sparkster Investment Pool. Other sources relied upon include publicly available Ethereum blockchain data and academic research.

7. It is possible that I may review additional new information that may later become available, as well as the reports and depositions of other experts. I reserve the right to supplement my report and analyses based on additional evidence, including any evidence brought to my attention by the defense, other experts, or obtained through discovery.

## 2. SUMMARY OF OPINIONS

8. I have reached the following conclusions based on (a) my academic research in this field, (b) the analysis of documents and data produced to the SEC, and (c) publicly available Ethereum blockchain data and social media communications:

- Based on my review of the blockchain evidence, using the services of an ICO investment pool provider, Balina controlled the smart contract used by the Sparkster Investment Pool. This smart contract facilitated the collection of funds in the form of ETH from individuals, the transferring of these funds to Sparkster, the receipt of SPRK tokens from Sparkster, and the distribution of these tokens back to these individuals.
- The available blockchain evidence is also consistent with other documentary evidence. Balina, a self-described "Cryptocurrency Investor, Advisor, and Evangelist," was the person who instructed prospective investors in the Sparkster Investment Pool to fill out a Google Form in order to "get whitelisted for my Sparkster pool." Balina provided this instruction on the Telegram group named "Sparkster Pre-Sale" or "Sparkstan" (referred to in this Report as the "Sparkster Investment Pool Telegram Group"),[1] over which he had administrative rights that he used to remove persons from the group. The Google Form that Balina directed prospective investors to use included a disclaimer from his company "Diary of a Made Man LLC" and asked them to self-identify by pre-selected groups related to Balina or his company. He then added investors to the whitelist of the Sparkster Investment Pool, meaning that he controlled who had the ability to participate in the pool. Balina instructed Sparkster Investment Pool members to invest by directing

[1] In his deposition testimony, Balina claimed that the "Sparkster Pre-Sale" Telegram group was renamed to "Sparkstan." Deposition of Ian Balina. (June 7, 2023), 120:25 - 121:15.

them to a single pooling address on the Ethereum blockchain and initiated the process to transfer the collected investor funds to Sparkster.

- Based on a single Ethereum address that Balina identified to the SEC as his own, I conclude that Balina invested at least $104,883 in the Sparkster Investment Pool and received a bonus of 30% on his investment. However, I cannot exclude the possibility that he invested additional funds and received additional tokens if he used or controlled other Ethereum addresses than the one he identified to the SEC. This is a possibility because 5 out of the 68 Ethereum addresses contributing to the Sparkster Investment Pool do not have any identifying name or email address.
- Promoters played a significant role in ICOs between 2016 and 2018 with academic research finding that endorsements by promoters are associated with the ICO raising more funds. Research shows that, aside from raising funds, promoters have, on average, no discernible impact on the success of the funded project.

## 3. BACKGROUND

### 3.1. Ethereum Blockchain and ETH

9. At the most basic level, a blockchain is essentially a ledger or database of transactions that are validated, recorded, and stored among a distributed, peer-to-peer network of computers. The process whereby this peer-to-peer network of computers validates transactions is referred to as "consensus," which is a cryptographic process whereby transactions are deemed to be genuine. Blockchains generally aim to not have one entity that can unilaterally control the network, modify the ledger, or exercise outside influence over the network, a term at times referred to as "decentralization." The generally decentralized and distributed nature of blockchains gives rise to two properties that enable ex-post forensic analysis of transactions: immutability and

transparency. In a decentralized blockchain, since no single entity can modify the transactions recorded on the ledger, the ledger is referred as being immutable, enabling the analysis of past transactions with a high degree of confidence that they actually occurred. Also, every transaction is recorded in a distributed network of computers and many computers record copies of the blockchain, which means that at any given time the blockchain is publicly available, transparent, and accessible for analysis through querying any one computer in the network.

10. The Ethereum blockchain, as conceived by Buterin et al. (2014)[2] and officially launched in 2015, shares a similar peer-to-peer mechanism of achieving consensus as the first and most widely used blockchain, the Bitcoin blockchain,[3] but adds a key functionality: the ability to store and execute general-purpose code. This capability allowed developers to create "smart contracts," self-executing computer programs that initiate transactions once certain conditions are met (Wood, 2014).[4] These features have underpinned the creation of, among other things, ERC-20 tokens, which are discussed in more detail in Section 3.3.

11. Similar to the way in which Bitcoin (commonly referred to as "BTC") is the native token on the Bitcoin blockchain, Ether (commonly referred to as "ETH") is the native token on the Ethereum blockchain and typically serves as the medium of exchange used in the Ethereum blockchain and as a method of payment for the distributed computing provided by the network. Based on the market capitalization of crypto assets, Ether is currently the second most valuable crypto asset after Bitcoin.[5]

---

[2] Buterin, V. et al. (2014). Ethereum: A next-generation smart contract and decentralized application platform. White paper.
[3] Nakamoto, S. (2008). Bitcoin: A Peer-to-Peer Electronic Cash System. White paper.
[4] Wood, G. (2014). Ethereum: A Secure Decentralised Generalised Transaction Ledger EIP-150 Revision. Yellow paper.
[5] CoinMarketCap. (2023). *Today's Cryptocurrency Prices by Market Cap*. https://coinmarketcap.com.

**3.2. Ethereum Addresses and Wallets**

12. In the realm of blockchain technology, particularly in the context of the Ethereum blockchain, the concepts of private keys, public keys, and wallets play a fundamental role in securing digital assets and facilitating transactions. To grasp their significance, we must delve into the cryptographic underpinnings of this system.

13. In Ethereum, private and public key pairs are generated using elliptic curve cryptography (ECC), a common cryptographic approach that underlines much of today's digital, web-based, communication. The protocol and standards are publicly available, for example, through the National Institute of Standards and Technology.[6] The main use case of this cryptographic method in Ethereum is to sign messages rather than hide them. These messages would include any requests to update the public ledger. For example, if party A desires to transfer ETH to party B, they would send a message viewable by everyone but one that cannot be tampered with or altered.

14. To do so, party A would generate a private key, which is typically a large integer that serves as the basis for cryptographic operations along with a random number generated for the purpose of sending that particular message. Both are kept secret and known only to the owner. The public key is mathematically derived from the private key and can be openly shared with others. It is important to note that while the public key is derived from the private key, it is virtually impossible for someone to compute the first from the second. When sending a message, party A would include not only the message but also a "signature" – numbers that are a function of A's private key and the message they are sending – and A's public key. Message verification takes the

[6] National Institutes of Standards and Technology System and Communications Protection. (July 19, 2013). *Digital Signature Standard (DSS), Federal Information Processing Standard (FIPS)186-4*. https://csrc nist.gov/publications/detail/fips/186/4/final.

form of using the signature and the public key and processing them through a set of known functions. The essence of the method is that only party A, who holds the private key matching the public key included with the message, could sign the message properly. Thus, anyone can verify that the message was indeed signed by the rightful owner of the private key.

15. A wallet, in the context of Ethereum, refers to software or hardware that manages private keys and facilitates interactions with the blockchain. Wallets are responsible for securely storing private keys and handling the generation and signing of requested transactions. They often provide user-friendly interfaces for individuals to manage their digital assets, track balances, and initiate transfers. Wallets come in various forms, such as web-based wallets, desktop wallets, mobile wallets, and hardware wallets. However, unlike physical wallets, Ethereum wallets do not store the crypto assets since these are recorded on the public blockchain. Instead, wallets only store the credentials for ease of use and to facilitate the interaction of users with the blockchain.

16. Public keys are not only used when sending messages out. They are also used to generate an Ethereum address, which is a unique identifier for an account on the Ethereum network. The address is a cryptographic hash of the public key, allowing users to receive funds and interact with smart contracts. The self-sovereignty of assets on public blockchains means that no third party can execute transactions on one's behalf without access to that account's private key, but it also means that safeguarding the private key is paramount. Losing it leads to permanent loss of access to those assets as there is no way of resetting or retrieving credentials.

17. To conclude, in the Ethereum blockchain, assets are associated with public keys (or public addresses) and their transfer is facilitated by wallets. The owner of the public key holds access to the associated private key, which gives them ownership of the asset since the private key is necessary and sufficient to send these assets to either other public addresses or smart contracts.

### 3.3. Smart Contracts and ERC-20 Tokens

18. Blockchain smart contracts are code that reside on a specific address on blockchain networks[7] and generally allow for value transfer to be carried out among disparate, anonymous parties, theoretically without the need for a central authority, legal system, or external enforcement mechanism. These contracts are, therefore, theoretically self-enforcing through automated execution based on pre-programmed roles.[8] When they are executed on a generally decentralized blockchain, they inherit its security and are therefore theoretically tamper-proof. Given that smart contracts are theoretically tamper-proof, they can reduce frictions associated with ex-post enforcement of contracts and remove the ability of the parties to engage in attempts to change the terms of the contract after the fact. In addition, the use of smart contracts on a blockchain means that the terms of the contract and the public addresses of the parties involved are known to everyone and are theoretically tamper-proof.

19. An example of a service that used Ethereum smart contract capabilities is Primablock, the investment pool provider used by Balina for the Sparkster Investment Pool. Primablock provided front-end and additional features that make it easy for someone to create a smart contract that aggregates funds in a pool for the purpose of an ICO.[9] The administrator of the pool can set up a whitelist of investors who can contribute to the pool and set up conditions for the pool such as the minimum and maximum contribution size per investor. All of these are written into a smart contract that gives the administrator some control rights. The smart contract, deployed on the Ethereum blockchain to a public address, contains these conditions and is set up to receive

---

[7] Ethereum. *Introduction to Smart Contracts*. (Updated September 1, 2022). Ethereum.org. https://ethereum.org/en/developers/docs/smart-contracts/.
[8] Cong, L.W., & He, Z. (May 2019). Blockchain Disruption and Smart Contracts. *The Review of Financial Studies*, *32*(5), 1754–1797. https://doi.org/10.1093/rfs/hhz007.
[9] *How Does PrimaBlock work at a high level?* PrimaBlock FAQ. https://support.primablock.com/hc/en-us/articles/360010528472-How-does-PrimaBlock-work-at-a-high-level-.

ETH from investors, transfer these ETH to the ICO sponsor, and receive the ICO token. Once conditions are met, the pool distributes these tokens back to investors.

20. The Ethereum development community has created a set of standards for smart contract development that require the implementation of certain functions. The full list of such standards is available on the Ethereum Request for Comments ("ERC") section of the Ethereum foundation website.[10] One of these standards is the ERC-20 token standard, which was created on November 19, 2015.[11] The stated motivation behind the ERC-20 standard was to create a token that could be reused by other Ethereum applications by building in a set of predefined functions. These include the ability to check the total supply of tokens, the ability to check the supply of tokens at a certain address, and the ability to transfer tokens from one address to another. So long as the underlying smart contract meets the ERC-20 requirements, developers are free to add additional functions or features to an ERC-20 token contract. The flexibility of smart contracts implies complexity, which increases the cost of using them and opens them up to errors, vulnerabilities, and attacks.[12,13] To reduce these costs, some developers copy or extend contracts published under open-source licenses that have been audited, though the publishers generally advise additional audits before use and disclaim all warranties regarding security.[14]

---

[10] *ERC.* Ethereum Improvement Proposals. https://eips.ethereum.org/erc.

[11] Vogelsteller, F., Buterin, V. (November 19, 2015). *ERC-20: Token Standard*. Ethereum Improvement Proposals. https://eips.ethereum.org/EIPS/eip-20.

[12] Atzei, N., Bartoletti, M., Cimoli, T. (2017). A Survey of Attacks on Ethereum Smart Contracts (SoK). In Maffei, M., Ryan, M. (Eds). Principles of Security and Trust. POST 2017. Lecture Notes in Computer Science, vol 10204. Springer, Berlin, Heidelberg.

[13] Kushwaha, S. S., Joshi, S., Singh, D., Kaur, M., & Lee, H. -N. (2022). Systematic Review of Security Vulnerabilities in Ethereum Blockchain Smart Contract. *IEEE Access*, *10*, 6605-6621, doi: 10.1109/ACCESS.2021.3140091.

[14] *See*, for example, OpenZeppelin contracts that are referenced as example ERC-20 contracts by ERC at https://eips.ethereum.org/erc and whose code is publicly available online at https://github.com/OpenZeppelin/openzeppelin-contracts. OpenZeppelin's security disclaimer can be seen at https://github.com/OpenZeppelin/openzeppelin-contracts/security.

21. The ERC-20 token standard was adopted by ICO promoters as it allowed for the easy creation of fungible tokens.[15,16] Currently, a list of the ERC-20 tokens identifies 1,278 different tokens deployed on Ethereum including, for example, tokens that are designed to hold their value relative to the U.S. dollar, tokens that facilitate decentralized financial services, and many others.[17] The total current market value of these ERC-20 tokens exceeds $200 billion.[18]

### 3.4. Initial Coin Offerings (ICOs)

22. Initial Coin Offerings are a crypto-based form of venture financing whereby a venture raises funds by selling tokens in exchange for fiat or crypto assets, such as ETH, typically through a crowdfunding process.[19,20] ICOs emerged in 2016, after the advent of Ethereum, and became popular in 2017 and 2018, with over 7,400 ventures seeking funding and a total raised during that time period of around $35 billion.[21]

23. A typical ICO starts with a founding team developing an idea and, often, articulating it via a public document called a "whitepaper." Around half of all ICOs had a "pre-sale" phase, in which a limited group of investors would commit to purchasing tokens.[19] After that, the team would launch a marketing campaign over social media and set a date and cap for the pre-sale phase. Once the pre-sale phase is completed, the team would issue the tokens to the crypto wallet of the investors or else return their funds. The founding team can whitelist a subset of investors that are allowed to contribute during the pre-sale phase, and commonly use a "know your

---

[15] Cryptopedia Staff. (March 10, 2022). *Ethereum and the ICO Boom*. Cryptopedia. https://www.gemini.com/cryptopedia/initial-coin-offering-explained-ethereum-ico.
[16] Howell, S.T., et. al. (September 2020). Initial Coin Offerings: Financing Growth with Cryptocurrency Token Sales. *The Review of Financial Studies 33* (9), 3925–3974. https://doi.org/10.1093/rfs/hhz131.
[17] *Token Tracker (ERC-20)*. Etherscan. https://etherscan.io/tokens.
[18] *ibid.*
[19] OECD. (January 2019). *Initial Coin Offerings (ICOs) for SME Financing*. http://www.oecd.org/finance/initial-coin-offerings-for-sme-financing.htm.
[20] Benedetti, H. E. & Kostovetsky, L. (2021). Digital Tulips? Returns to Investors in Initial Coin Offerings. *Journal of Corporate Finance*, *66*. https://doi.org/10.1016/j.jcorpfin.2020.101786.
[21] Lyandres, E., Palazzo, B., & Rabetti, D. (2020). ICO Success and Post-ICO Performance.

customer" (KYC) process to screen investors for certain identifying information, including country of residence, by using third-party services that match public addresses with individuals or business entities. After the pre-sale phase, the ICO offeror would open the fundraising to the general public.

### 3.5. Role of Promoters in ICOs

24. Celebrity endorsement of products has been shown to be more effective than standard advertising, especially for millennials.[22] Millennials' usage of crypto is more pronounced than that of other generations, according to a 2022 survey conducted by JPMorgan Chase.[23] Thus, it is unsurprising that celebrities and other social influencers are active in crypto markets. A recent academic paper collected data around 1,500 ICOs across 70 countries between 2016 and 2018,[24] which were the prime years for ICOs.[25] The paper quantitatively studies the role of celebrity endorsement by carefully cataloging the ICO attributes. It finds that celebrity endorsement was associated with more funds raised by the ICO, other things being equal, and increased the chance that the token was listed on an exchange. However, the paper finds no evidence that the ICOs promoted by influencers are more likely to succeed after the fact.

### 3.6. Sparkster ICO

25. Sparkster is a software development company that sought to develop a "no code" platform whereby users could "build software without writing code."[26] In 2018, Sparkster

---

[22] McCormick, K. (2016). Celebrity endorsements: Influence of a product-endorser match on millennials attitudes and purchase intentions. *Journal of Retailing and Consumer Services,* 32, 39–45. https://doi.org/10.1016/j.jretconser.2016.05.012.
[23] Wheat, C. & Eckerd, G. (December 2022). *The Dynamics and Demographics of U.S. Household Crypto-Asset Use. JPMorgan Chase Institute*. https://www.jpmorganchase.com/institute/research/financial-markets/dynamics-demographics-us-household-crypto-asset-cryptocurrency-use.
[24] White, J. T., & Wilkoff S. (April 14, 2023). The Effect of Celebrity Endorsements on Crypto.
[25] *Comparing the ICO Boom of 2017/18 and the NFT Boom of 2021*. (January 11, 2022). NFT Tech. https://www.nfttech.com/newsroom/comparing-the-ico-boom-of-2017-18-and-the-nft-boom-of-2021.
[26] Sparkster News & Announcements Channel [@SparksterNews]. (May 10, 2018). Telegram. https://t me/SparksterNews/4.

conducted an ICO in two phases on the Ethereum blockchain to sell SPRK tokens, which are ERC-20 tokens.[27] According to the SEC Cease-and-Desist Order that was released as part of its settlement with Sparkster, the first phase of the ICO, a pre-sale ending May 24, 2018, raised $24.3 million from approximately 900 investors and the second phase, a "crowdsale" ending July 9, 2018, raised $5.7 million from approximately 3,000 investors.[28] During the pre-sale and crowdsale phases, Sparkster priced SPRK tokens at $0.15 per token[29] but a year later, by the end of July 2019, the price of SPRK tokens had declined by over 75% and two years later, by the end of July 2020, the price of SPRK tokens had declined over 95%.[30]

26. In April 2018, prior to the ICO, Sparkster was aware of Balina's influence among ICO investors and in an internal message its CEO noted that Balina had increased a particular ICO's tokens sold by three times "[b]ecause it came up high in his spreadsheet."[31] As such, Sparkster made an effort to seek out a relationship with Balina,[32] which is consistent with academic research showing the role of promoters in increasing the amount raised in ICOs.

---

[27] *Sparkster (SPRK) Token*. Etherscan. [redacted]

[28] Securities and Exchange Commission. Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, in the Matter of Sparkster, Ltd. and Sajjad Daya. (September 19, 2022).

[29] Sparkster News & Announcements Channel [@SparksterNews]. (July 7, 2018). Telegram. https://t me/SparksterNews/93.

[30] This represents the decline in the price of SPRK tokens relative to ETH. During the one and two year periods after the Sparkster ICO, the price of ETH declined relative to the price of the US dollar, so the dollar-value loss to investors was greater than the percentages listed. *Ethereum Historical Data*. CoinMarketCap. https://coinmarketcap.com/currencies/ethereum/historical-data/; historical pricing of SPRK obtained from Etherscan. *Sparkster (SPRK) Token*. Etherscan. [redacted]

[31] Message from Sajjad Daya. (April 4, 2018). KIRMANI-SEC 004501.

[32] In reference to Balina, Yasir Aziz, a Sparkster employee, writes, "This is a great formula to focus on." In reply, Sparkster CEO, Daya, writes, "Getting Ian is going to be easy / Blowing up the ICO.. easy.. / Focus on the formula." Messages from Yasir Aziz and Sajjad Daya. (April 4, 2018). KIRMANI-SEC 004501 - 02.



EXHIBIT G

### 3.7. Ian Balina's Participation in Sparkster's ICO

27. Ian Balina is a self-described "Cryptocurrency Investor, Advisor, and Evangelist."[33] In 2017, Balina began publishing an online ranking of what he considered to be the most promising ICOs.[34] In January 2018, he created the Telegram channel "Ian Balina's Spreadsheet" where he posted a link to his spreadsheet that was hosted by Google Sheets and periodically let his Telegram channel know when he updated the spreadsheet.[35,36] Balina also had another Telegram channel, "Ian Balina Crypto Alerts," where he also posted updates to his spreadsheet.[37] At the time of the Sparkster ICO, Balina was regarded as an influential voice on crypto assets.[38,39] In May 2018, Balina had over 140,000 followers to his Twitter account named @DiaryofaMadeMan and over 90,000 subscribers on YouTube where he regularly posted videos discussing the latest ICOs.[40,41] Balina also sold monthly subscription packages via Patreon, "Patreon - Hangouts Tier" and "Patreon - 1 on 1 Tier" where investors could get special access to

---

[33] Ian Balina. *Home* [LinkedIn profile]. LinkedIn. https://www.linkedin.com/in/ianbalina/ and *Home*. Ian Balina [Website]. https://web.archive.org/web/20230601090542/https://ianbalina.com/ accessed via the Web Archive.
[34] *Ian Balina's ICO Spreadsheet.* Ian Balina [Webpage]. https://web.archive.org/web/20171122154629/http://ianbalina.com/spreadsheet/ accessed via the Web Archive.
[35] Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. Telegram. https://t.me/s/IanBalinaSpreadsheet/1.
[36] Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (January 17, 2018). Telegram. https://t me/IanBalinaSpreadsheet/67.
[37] For example, Balina posted an updated spreadsheet on the "Ian Balina Crypto Alerts!" channel. (May 20, 2018). Exhibit P-70 (p. 54) from Deposition of Ian Balina. (June 7, 2023).
[38] In April 2018, Sparkster was aware of Balina's influence among ICO investors and in an internal message its CEO noted that Balina had increased a particular ICO's tokens sold by three times "[b]ecause it came up high in his spreadsheet." Message from Sajjad Daya. (April 4, 2018). KIRMANI-SEC 004501.
[39] Balina himself was aware of his widespread influence his spreadsheet had in raising publicity for ICOs. At a live event on May 11, 2018, when asked when he would publish his next spreadsheet, Balina responded, "One of the things I don't want to do is move the market too much. I don't want the Ian Balina effect to go out of control…at the peak over a million people were viewing [the spreadsheet] in a month." Ian Balina. [Ian Balina]. (May 11, 2018). *Ian Balina Crypto World Tour | Amsterdam, Netherlands* [Video]. YouTube. Video of Balina Amsterdam Live Event. Exhibit P-90 from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0002875 at 47:38.
[40] Ian Balina [@DiaryofaMadeMan Twitter profile]. *Tweets* [Twitter profile]. https://web.archive.org/web/20180416064431/https://twitter.com/diaryofamademan accessed via the Web Archive.
[41] Ian Balina [Ian Balina]. YouTube. https://web.archive.org/web/20180125143337/https://www.youtube.com/channel/UCT5IB8qqnIolnkuUj8a1kEQ accessed via the Web Archive.

Balina and his highlighted investment opportunities.[42] These Patreon packages generated a monthly income for Balina of $34,000.[43]

28. Balina first learned about Sparkster when he was approached by Sparkster CEO Sajjad Daya at Balina's Crypto World Tour event in London on May 4, 2018.[44] After Sparkster participated in and won a live ICO pitch competition hosted by Balina in Amsterdam on May 11, 2018,[45] Balina and Daya discussed the terms of a private sale agreement for the purchase of SPRK tokens and agreed to a purchase amount of $5 million on May 18, 2018.[46]

29. On May 19, 2018, Daya sent Balina the final Simple Agreement for Future Tokens ("SAFT"), which Balina signed later that day or in the early hours of May 20, 2018.[47,48]

## 4. BALINA'S INVOLVEMENT IN THE SPARKSTER INVESTMENT POOL

### 4.1. Methodology

30. The analysis of the Sparkster Investment Pool is based on a review of documents provided by the SEC as well as a publicly available blockchain data. Documents provided by the

[42] Ian Balina. Ian Balina is creating Cryptocurrency Content and Research. Patreon. https://web.archive.org/web/20180531173017/https://www.patreon.com/ianbalina accessed via the Web Archive.
[43] This $34,000 amount was confirmed by Balina in his deposition testimony. Deposition of Ian Balina. (June 7, 2023), 73:11-13.
[44] Deposition of Ian Balina. (June 7, 2023), 82:3-14. The date of the London event is shown via an archived version of Balina's website: https://web.archive.org/web/20180501020139/http://ianbalina.com/ian-balina-events/ accessed via Web Archive.
[45] Ian Balina [Ian Balina]. (May 11, 2018). *Ian Balina Crypto World Tour | Amsterdam, Netherlands* [Video]. YouTube. Video of Balina Amsterdam Live Event. Exhibit P-90 from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0002875.
[46] WhatsApp messages between Balina and Daya. Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000815 – 6.
[47] Email from Sajjad Daya (via Docusign) to Ian Balina, subject: "Please DocuSign: SAFT- Ian Balina.pdf." (May 19, 2018, 12:10 PM). Exhibit P-96e from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000016. Please note that the time and date are approximate because it is not evident which time zone the communications are recorded as being in based on the produced document.
[48] It is unclear the exact time that Balina signed the SAFT, but it was likely prior to the SAFT being executed by Daya on May 20, 2018 at 12:48 AM. Email from Sajjad Daya (via Docusign) to Ian Balina, subject: "Completed: Please DocuSign: SAFT- Ian Balina.pdf." (May 20, 2018, 12:48 AM). Exhibit P-96g from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000018. Please note that the time and date are approximate because it is not evident which time zone the communications are recorded as being in based on the produced document.

SEC include the SAFT signed by Balina, communications between Balina and Sparkster employees, social media posts by Balina, a spreadsheet recording Sparkster Investment Pool participants' information that they entered via Google Forms, and a database file from Primablock, a software that enables the creation of smart contracts that administer ICO investment pools and that records investor transaction details, thus enabling the matching of public Ethereum addresses with individuals' identities.[49]

31. Data was also obtained from the publicly available Ethereum blockchain,[50] which records the transaction details of the Sparkster Investment Pool including the date, time, and amount of every investment, as well as the creation, administration, and operation of the investment pool which collected investor funds, paid ETH to Sparkster in exchange for SPRK tokens, and subsequently disbursed SPRK tokens to investors. The Ethereum blockchain also records the set of instructions sent by Balina to interact with the Sparkster Investment Pool through Primablock, and these instructions can be viewed at etherscan.io, a commonly used website that provides a web-based access to the Ethereum blockchain by displaying details for every update made to it.[51]

32. For the findings in this Report, investment amounts are sourced from the Ethereum blockchain since it provides an immutable and transparent record of actual investments in the Sparkster Investment Pool, as described in Section 3.1. The Ethereum blockchain records 68 unique Ethereum addresses that paid a total of 7,215 ETH into the pooling address of the Sparkster

---

[49] Primablock describes its services as providing the ability to "[q]uickly create a customized pool and start gathering funds for an ICO, a presale, or your grandma's birthday." PrimaBlock. https://www.primablock.com.
[50] Ethereum blockchain data exports, transaction details, and screenshots of specific Ethereum transactions in this report were obtained from https://etherscan.io, which reports data for every transaction and every address on the Ethereum blockchain.
[51] Balina himself also made use of etherscan.io to show evidence of Ethereum blockchain transactions. *See* Balina's WhatsApp messages with Sparkster. Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000823.

Investment Pool on May 21 and 22, 2018 when the pool was open for investment according to the Sparkster Investment Pool Telegram Group.[52,53] The Ethereum blockchain records public addresses and not individuals' personal identities, but by matching the addresses to the Google Forms spreadsheet and the Primablock database, we can attribute actual contributed amounts to personal identities. Of the 68 Ethereum addresses contributing to the Sparkster Investment Pool, 56 can be matched to an investor name from the Google Forms spreadsheet, 61 can be matched to an investor name from the Google Forms spreadsheet or the Primablock database file,[54] and 63 can be matched to at least an investor email from the Google Forms spreadsheet or the Primablock database file.[55] This means that there are 5 depositing Ethereum addresses for whom we have no identifying information. The detailed record of investors and investment amounts can be found in Appendix C – Table 1, Sparkster Investment Pool Participants.

### 4.2. Balina Signed a SAFT to Purchase $5 Million in SPRK Tokens

33. Balina entered into an agreement with Sparkster to purchase $5,000,000 in SPRK tokens from Sparkster, as specified in the Simple Agreement for Future Tokens that he signed and

---

[52] Telegram chat message from Ian Balina (May 20, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000172. Sparkster Investment Pool Telegram Group (May 22, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000193. Sparkster Investment Pool Telegram Group (May 22, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000194.

[53] The blockchain also records to deposits of 25 ETH and 35 ETH respectively on May 25 and 26, 2018 after the pre-sale was closed on May 23, 2018, and these are not included as Sparkster Investment Pool deposits for the purposes of this Report. These two investments can be seen on etherscan.io transactions pages which provide the details of the deposits: [redacted] and [redacted] Sparkster announced on Telegram that the pre-sale was closed on May 23, 2018. Sparkster News & Announcements Channel [@SparksterNews]. (May 23, 2018). Telegram post. https://t me/SparksterNews/39.

[54] One investor, Konstantin Olabountou, was registered to two separate Ethereum addresses, one of which is found in the Google Forms spreadsheet only and the other of which is found in both the Google Forms spreadsheet and also in the Primablock database file.

[55] While the Google Forms spreadsheet records the names and emails of all prospective investors, the Primablock database file records only the email address for certain investors, and sometimes recorded neither name nor email address for certain contributing Ethereum addresses.



EXHIBIT G

that was executed by Sparkster CEO, Sajjad Daya, on May 20, 2018.[56] The SAFT, an excerpt of which is shown in Figure 1, gave Balina the opportunity to buy 33,333,333 SPRK tokens at a price of $0.15 and included a bonus of 30%, meaning that he would receive a total of 43,333,333 SPRK tokens, or an additional 10,000,000 SPRK tokens for his investment. Sparkster CEO, Daya, made it clear to Balina through a WhatsApp message that Balina was "the only one that's been allowed to invest more than the min [the minimum investment amount according to the SAFT was $25,000]."[57,58] Daya proceeded by describing that the bonus structure that would apply to Balina was 30% for investments greater than $2.5 million, which is consistent with the 30% agreed to in the SAFT.[59]

34. To obtain the 43,333,333 SPRK tokens, Balina was to pay Sparkster 7,143 in ETH "on or about May 20, 2018."[60] Upon execution of the SAFT, Daya instructed Balina to send the Ether payment to 0x3315[redacted] ("0x3315"), a Sparkster-controlled Ethereum Blockchain address.[61]

---

[56] Email from Sajjad Daya via DocuSign to Ian Balina. (May 20, 2018), shows that the agreement was executed on that date. Exhibit P-96g from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000018. Because the time zone in this document is not clear, the date and time of the transaction is approximate.

[57] WhatsApp message from Sajjad Daya to Ian Balina. (May 21, 2018), "You have received a 30% bonus, it's specified on your SAFT. But because we've limited everyone else's contribution to the minimum so more people can participate, there's no bonus for them…You're the only one that's been allowed to invest more than the min. Our bonus structure is: $25k to $50k 0%. 50k to 100k 5%, 100k to 250k 10%, 250k to 500k 15%, 500k to 1m 20%, 1m to 2.5m 25%, 2.5m+ 30%." Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000817.

[58] Simple Agreement for Future Tokens between Ian Balina and Sparkster, p. 10, "The minimal number of SPARK Tokens that can be purchased is equivalent to the amount of $25,000 USD in Cryptocurrency." Exhibit P-99a from Deposition of Ian Balina. (June 7, 2023). SEC-SPARKSTER-E-0001696.

[59] WhatsApp message from Sajjad Daya to Ian Balina, May 21, 2018, "You're the only one that's been allowed to invest more than the min. Our bonus structure is: $25k to $50k 0%. 50k to 100k 5%, 100k to 250k 10%, 250k to 500k 15%, 500k to 1m 20%, 1m to 2.5m 25%, 2.5m+ 30%." Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000817.

[60] This amount in ETH was roughly equivalent to $5,000,000 as the UTC time closing price of ETH on May 20, 2018 was $715.37. https://coinmarketcap.com.

[61] Email from Sajjad Daya via DocuSign to Ian Balina. (May 20, 2018). Exhibit P-96g from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000018.

**Figure 1. SAFT Signed by Balina.**
This is an excerpt showing the key terms of the SAFT between Balina and Sparkster, including the purchase amount and bonus rate.[62] Note that the price per token listed after bonus of $0.105 is incorrectly stated. It should be $0.115 (calculated by dividing $5,000,000 by 43,333,333).

**SIMPLE AGREEMENT FOR FUTURE TOKENS**

**Issued By**

**SPARKSTER, LTD**

**For**

**SPARK**

| | |
|---|---|
| Purchase Amount: | $5,000,000 |
| Purchase Price Per Token: | $0.15 |
| Bonus Rate: | 30 % |
| Price Per Token (after bonus): | $0.105 |
| Number of Tokens: | 43,333,333 |
| Vesting Period | Bonus tokens are vested for a period of one month. |

**THIS SIMPLE AGREEMENT FOR FUTURE TOKENS** (the "**Agreement**") certifies that in exchange for the payment by Ether (the "**Purchaser**") of 7,143 ETH (the "**Purchase**") on or about May 20th 2018, Sparkster, Ltd. a Cayman Islands company (the "**Company**"), hereby issues to the Purchaser the right to receive 43,333,333 units of SPARK issued by the Company (the "**Token(s)**"), subject to the terms set forth below and in the Sparkster Purchase Agreement attached hereto as Appendix A (the "**Purchase Agreement**").

35. By signing the SAFT, Balina agreed that he, as the purchaser, "[would] provide to the Company [Sparkster] a public Ethereum wallet address to which the Company may deliver Tokens," and that "this public wallet address must be under the direct or indirect control of the Purchaser."[63] Balina also represented that he was "not a U.S. person within the meaning of Rule 902 of Regulation S under the Securities Act," and that he, as the purchaser, "[was] purchasing

[62] Simple Agreement for Future Tokens between Ian Balina and Sparkster, p. 1. Exhibit P-99a from Deposition of Ian Balina. (June 7, 2023). SEC-SPARKSTER-E-0001687.
[63] *id.* at p. 2.

this instrument for its own account for Purchase, not as a nominee or agent, and not with a view to, or for resale in connection with, the distribution thereof, and the Purchaser has no present intention of selling, granting any participation in, or otherwise distributing the same."[64] The Sparkster Token Sale Agreement, attached to the SAFT, also stipulates, "IF YOU BUY SPARK TOKENS YOU WARRANT AND GUARANTEE THAT YOU ARE NEITHER U.S. OR CHINESE, PERMANENT RESIDENT OR HAVE PRIMARY DOMICILE IN THOSE COUNTRIES."[65]

### 4.3. Balina Directed Prospective Investors to Pre-Register Through a Google Form and Invest Using Primablock

36. Using the Sparkster Investment Pool Telegram Group, on May 20, 2018 Balina instructed prospective Sparkster Investment Pool participants to fill out a form "to get whitelisted for my Sparkster pool," as shown in Figure 2.[66]

[64] *id.* at p. 4.
[65] *id.* at p. 9.
[66] Telegram Chat Message from Ian Balina. (May 20, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000172.

**Figure 2. Sparkster Investment Pool Telegram Group Message to Participate in Sparkster Investment Pool**

This is a screenshot from the Sparkster Investment Pool Telegram Group, instructing prospective investors to complete a Google Form to get whitelisted for the Sparkster Investment Pool.




37. His instructions linked to a Google Form titled "Sparkster Private Sale Whitelist: Private Sale pool for Sparkster," which had essentially the same basic terms as the SAFT that Balina signed, as shown in Figure 3.[67]

---

[67] Google Form, Sparkster Private Sale Whitelist. Exhibit P-99b from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000154 - 158.

**Figure 3. Google Form for Sparkster Investment Pool**
This is the header at the top of the Google Form that prospective Sparkster Investment Pool participants were required to fill out in order to participate in the pool.[68] The basic terms are virtually identical to the terms that Balina signed in the SAFT.

Sparkster Private Sale Whitelist

Private Sale pool for Sparkster.

Website: http://sparkster.me/

Cap: $5,000,000 (7,143 ETH)

Individual Cap: 150 ETH

Bonus : 30%

Token Price w/Bonus: $0.105 per token (ETH = $748.50)

Token Lockup and Token Delivery Date:

Bonus tokens are vested for a period of one month.

38. The Google Form required prospective Sparkster Investment Pool participants to enter their email address, name, Telegram handle, pledged ETH, and specify their Ethereum wallet address.[69] The form also required the prospective participants to agree to a disclaimer which stated, among other things, that "DIARY OF A MADE MAN LLC [Balina's media company in May

[68] *ibid.*
[69] *ibid.*

2018][70,71] IS NOT A BROKER-DEALER OR FINANCIAL ADVISER," and that "THE ICOS IDENTIFIED HEREIN MAY CONSTITUTE SECURITIES PURSUANT TO FEDERAL AND STATE SECURITIES LAW AND MAY NOT BE APPROPRIATE FOR, OR OFFERED TO, INVESTORS RESIDING IN THE UNITED STATES."[72] They were also asked to identify which "Group" they belonged to, and among the options included "Patreon - 1 on 1 Tier" and "Patreon - Hangouts Tier" which are the subscription packages sold by Balina to investors who wished obtain information on ICOs.[73,74] Other groups prospective investors could select included "DMM" for Balina's staff who worked at his company Diary of a Made Man,[75] "Loom Contribution List," a group associated with another token that Balina discussed on his Telegram channel,[76] and other Balina-associated groups.[77] The submissions made by prospective investors through the Google Form are captured in the spreadsheet that Balina produced to the SEC.[78] Therefore, since prospective investors submitted their selected group and their Ethereum address via the Google Form, it is possible to match these investors' selected groups with actual Sparkster Investment Pool contributors on the Ethereum blockchain. The results of this matching are summarized in Figure 4.

---

[70] *Home.* Ian Balina [Website]. (May 19, 2018). https://web.archive.org/web/20180519230416/http://ianbalina.com/ accessed via the Web Archive.

[71] Deposition of Ian Balina. (June 7, 2023), 13:10 – 14:4.

[72] Google Form, Sparkster Private Sale Whitelist. Exhibit P-99b from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000154 - 158.

[73] *ibid.*

[74] Ian Balina. Ian Balina is creating Cryptocurrency Content and Research. Patreon. https://web.archive.org/web/20180620184551/https://www.patreon.com/ianbalina/ accessed via the Web Archive.

[75] Deposition of Ian Balina. (June 7, 2023). 258:2 – 259:8.

[76] Deposition of Ian Balina. (June 7, 2023). 260:6 – 22. Balina's discussion of Loom in April and May 2018 can be seen at Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (April 22, 2018); Telegram post. https://t me/IanBalinaSpreadsheet/813; Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (May 3, 2018); Telegram post. https://t.me/IanBalinaSpreadsheet/855.

[77] The other groups on the Google Form were "Quick Reaction Force" for a Telegram group created in the wake of Balina's purported hack, and "CMT" (Crypto Money Team) and "Due Diligence" which were crypto investor groups Balina was associated with. Deposition of Ian Balina. (June 7, 2023). 258:15 – 261:9.

[78] Deposition of Ian Balina. (June 7, 2023). 76:6 – 21.

**Figure 4. Sparkster Investment Pool Contributing Addresses, by Group**
This figure categorizes the Sparkster Investment Pool addresses into their self-identified groups based on the Google Forms spreadsheet. Twelve contributing addresses to the Sparkster Investment Pool, as recorded on the Ethereum blockchain, are not listed in the Google Forms spreadsheet.[79]




39. On May 21, 2018, Balina announced to the Sparkster Investment Pool Telegram Group, "Sparkster Primablock is now live. You may contribute."[80] Included in his message was a URL to contribute to the Sparkster Investment Pool created using Primablock on the Ethereum blockchain at address 0x5b05[redacted] ("0x5b05"), as shown in Figure 5.[81]

---

[79] One investor ([redacted]) was listed twice in the Google Forms spreadsheet under two different groups (first under Loom, then under Crypto Money Team). The more recent grouping (Crypto Money Team) was used as this investor's group.

[80] Telegram Chat Message from Ian Balina. (May 20, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000172.

[81] Balina instructed investors to go to: https://primablock.com/pool/0x5b05[redacted] as seen in Telegram Chat Message from Ian Balina, May 20, 2018. Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000172.



EXHIBIT G

**Figure 5. Balina Instruction for Sparkster Investment Pool Participants to Contribute Using Primablock**

On May 21, 2018, Balina instructed Sparkster Investment Pool participants that the Primablock pool was live. The alphanumeric string at the end of the URL, 0x5b05[redacted], is the Ethereum address of the Primablock pool that Balina used to collect funds from Sparkster Investment Pool participants.




40. In addition to recording the Sparkster Investment Pool participants' Ethereum addresses, Primablock also recorded certain investors' name, email, physical address, Internet Protocol ("IP") address, and country location of IP address.[82] A total of 24 Sparkster Investment Pool participants listed their country and four of those listed the U.S., as shown in Appendix C – Table 5, Sparkster Investment Pool Participant Locations. Primablock also recorded the IP address of these 24 investors, of which 9 (37.5%) are linked to the U.S., the largest share of any recorded country as shown in Figure 6. Since it is possible that investors self-selected a location other than their own, the country reflected by their IP address could be a more accurate reflection of their actual location.[83]

[82] The actual field in the Primablock database for country location of IP address is "ip_address_country." Primablock database file. B-03273_ARCHIVE-000000042.ini.

[83] It is also possible that investors could have accessed the Primablock website using a VPN, which would make it appear as if they were located in a country other than their own.

**Figure 6. Country Associated with IP Address Used by Sparkster Investment Pool Participants to Access Primablock**

This figure shows the number of Sparkster Investment Pool investors whose IP addresses were associated with a given country. Investors whose IP country information was not listed in the Primablock database file are shown as location "Unknown." Details of this information can be found in Appendix C – Table 5, Sparkster Investment Pool Participant Locations.




### *4.3.1. Based on blockchain data, investors collectively sent a total of 7,215 ETH to the Sparkster Investment Pool on May 21, 2018 and May 22, 2018*

41. Based on information from the Primablock database file and the Ethereum blockchain, we can see the details of each investment made by Sparkster Investment Pool

participants who in total contributed 7,215 ETH to the Primablock pool address (0x5b05).[84] Pool investors' contributions were capped at a maximum amount of 150 ETH.[85] This can be seen in Figure 7, Panel A, which plots the distribution of investment sizes by investor. The majority of Sparkster Investment Pool contributions came from participants that invested at least 150 ETH (Figure 7, Panel B).

**Figure 7. Distribution of Sparkster Investment Pool Participants' Purchase Amounts**

**Panel A**

This panel shows the distribution of Sparkster Investment Pool participants by the total amount of ETH they contributed.




---

[84] Details for each investment can be found in Appendix C – Table 1, Sparkster Investment Pool Participants.

[85] Google Form, Sparkster Private Sale Whitelist. Exhibit P-99b from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000154 - 158.

**Panel B**

This panel shows the percent of Sparkster Investment Pool participants who contributed at or below a given amount of ETH.




### 4.4. Balina Controlled the Ethereum Address that Pooled Investor Funds

42. The Ethereum blockchain provides evidence of Balina's control of the Primablock pool address 0x5b05, which collected funds from Sparkster Investment Pool participants. The 0x5b05 address contains a smart contract that provides the ability for certain addresses, including Balina's self-identified address 0xe33E[redacted] ("0xe33e"),[86] to direct its administrative and operational activities. In his deposition testimony, Balina recalls being an "admin/moderator" of the Primablock pool and interfacing with Primablock through its website, which was connected to his Ethereum wallet.[87,88] What this likely means is that Balina entered instructions through the Primablock website, which then initiated

[86] Defendant Ian Balina's First Amended Answers to Plaintiff's Interrogatories, Set One (p. 5). (May 22, 2023).
[87] Deposition of Ian Balina. (June 7, 2023), 270:21.
[88] Deposition of Ian Balina. (June 7, 2023), 279:7 and 282:4-5.

transactions on the Ethereum blockchain that were signed by his private key and public key (and Ethereum address). Indeed, from the Ethereum blockchain, we can see that Balina's address 0xe33e managed the Primablock pool address 0x5b05 by modifying the whitelist, modifying the maximum and minimum investment amounts, and sending pooled investor funds to Sparkster. An illustrative description of this is shown in Figure 8.

**Figure 8. Sparkster Investment Pool Participants, Balina, and Sparkster Interaction with Primablock Pool at 0x5b05**

This figure shows the flow of ETH and SPRK tokens between the Sparkster Investment Pool participants, Balina, the Primablock pool at 0x5b05 and Sparkster. Balina's Ethereum address 0xe33e controlled administrative and operational functions of the Primablock Pool at 0x5b05 and also participated in the investment pool.




### *4.4.1. Balina used Primablock pool address 0x5b05 to collect investor funds*

43. Balina used Telegram to direct Sparkster Investment Pool participants to send their funds to the Primablock pool address 0x5b05.[89] By analyzing the blockchain, it can be seen that all of the deposits recorded in the Primablock database were made by investors to address 0x5b05,

[89] Telegram Chat Message from Ian Balina. (May 20, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000172.

as shown in Appendix C – Table 2, Deposits to Sparkster Investment Pool. Address 0x5b05 collected a total of 7,215 ETH from 68 Ethereum addresses.

#### *4.4.2. Balina's Ethereum address initiated administrative transactions to manage the Primablock smart contract at 0x5b05*

44. According to multiple transactions recorded on the Ethereum blockchain, Balina's address 0xe33e modified parameters associated with the Primablock pool at 0x5b05. On six different occasions, Balina's address 0xe33e sends instructions to 0x5b05 to update the pool's whitelist. For example, on May 21, 2018, Balina's address 0xe33e initiates a blockchain transaction which instructs the Primablock pool smart contract at 0x5b05 to add certain Ethereum addresses to the whitelist of Sparkster Investment Pool participants. This transaction can be seen in Appendix D – Figure 9, Etherscan Screenshot of Balina Modifying Whitelist.[90] Balina's six transactions where he updates the whitelist include 64 of the 68 Ethereum addresses that ultimately contributed to the Sparkster Investment Pool. An additional two contributing Ethereum addresses are added to the whitelist by Konstantin Olabountou, who Balina describes as having an administrative role in various of Balina's investments and who, unlike Balina, filled out the Google Form in order to get whitelisted for the Sparkster Investment Pool.[91,92] The final two Ethereum addresses that contributed to the Sparkster Investment Pool are comprised of (1) Balina's address 0xe33e and (2) another Olabountou address different from the one he entered via Google Forms.

---

[90] Blockchain transaction 0x0d34[redacted] at [redacted] The smart contract instructions can be seen in the "Input Data" section which shows the computer code passed on by Balina's address. As seen in on the Etherscan.io page, Balina's address called the function "modifyWhitelist" and specified six addresses to add to the whitelist which can be seen in rows 3 to 8 under "MethodID." All of these six addresses can be found in Appendix D – Table 2, Deposits to Sparkster Investment Pool.

[91] Deposition of Ian Balina. (June 7, 2023), 19:19-21. Konstantin Olabountou's Ethereum address, 0x9e6[redacted], is registered under his name in the Primablock database file.

[92] Google Form, Sparkster Private Sale Whitelist. Exhibit P-99b from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000154 - 158.



EXHIBIT G

These two addresses were able to contribute to the pool without being added through a whitelist transaction presumably because they were the two admin addresses associated with the Primablock pool address 0x5b05, and thus did not need to be whitelisted. As such, it can be observed that Balina's address 0xe33e had predominant control of who was able to participate in the Sparkster Investment Pool.[93] This is consistent with Balina's control of the Sparkster Investment Pool Telegram Group where his administrative rights enabled him to remove persons from the group.[94] Appendix C - Table 4, Addresses Added to the Primablock Pool at 0x5b05 via Whitelist Transactions, provides the details of each whitelisting transaction.

45. Balina's address also sends instructions to change the investment parameters of the Sparkster Investment Pool administered on Primablock. For example, on May 21, 2018, Balina modified the minimum and maximum amounts that individual investors could invest in the Sparkster Investment Pool and also the total cap for the pool. This can be seen in an Ethereum blockchain transaction where Balina's address passed on three numbers to the Primablock pool address 0x5b05 – 0.25, 150, and 7,215 – which correspond to what appears to be the minimum investment amount, the maximum investment amount, and the total cap for ETH invested in the pool respectively. This transaction can be seen in Appendix D – Figure 15, Balina Modifies Investment Pool Minimum and Maximum Contributions, and Total Pool Cap.[95]

---

[93] There are three investors who pledged ETH via Google Forms, as recorded in the Google Forms spreadsheet (SEC-BalinaIan-E-0002899), but who did not contribute ETH to the Sparkster Investment Pool: [redacted]). Their addresses were not added to the Sparkster Investment Pool whitelist (shown in Appendix C - Table 4). [redacted] did not enter an Ethereum address via Google Forms so he would not have been able have been whitelisted, and [redacted] was the second to last entry (the last was [redacted]). However, Balina did not add [redacted] to the whitelist even though Balina could have since there are 15 investors who registered via Google Forms after [redacted] did, but these 15 who were added to the whitelist.

[94] Two examples include Balina removing group members [redacted]. Sparkster Investment Pool Telegram Group. (May 22, 2018). Exhibit P-95a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000178 – 180.

[95] Blockchain transaction 0x8ddf[redacted] at [redacted]

46. Appendix C – Table 3, Summary of Primablock Administrative Transactions, provides a summary of Ethereum transactions related to administrative functions for the Primablock pool. Balina accounts for eight of these transactions. The other three transactions are initiated by Olabountou.

### *4.4.3. Balina sent Sparkster Investment Pool funds to Sparkster from the Primablock pool address 0x5b05*

47. After the Sparkster Investment Pool funds were received at the Primablock pool address 0x5b05, Balina sent the received funds to Sparkster. On May 26, 2018, the Ethereum blockchain records a transaction at 10:11 AM CT (1:11 PM UTC) where Balina's address 0xe33e sends instructions for the Primablock pool to send 7,142.442 ETH – virtually the same number as the 7,143 ETH agreed to in the SAFT that Balina signed – from 0x5b05 to the Sparkster address 0x3315. This transaction can be seen in Appendix D – Figure 10, Screenshot of ETH Transfer from Sparkster Investment Pool to Sparkster.[96] Twenty-five minutes later, at 10:36 AM CT, Sparkster CEO, Daya, confirms receipt in a WhatsApp message to Balina saying, "Thank you for the contribution!"[97]

---

The smart contract instructions can be seen in the "Logs" view which shows three numbers passed on by Balina's address to the Primablock pool address 0x5b05: 250000000000000000, 150000000000000000000 and 7.215e+21. The unit of these numbers is "wei" which is the smallest denomination on the Ethereum blockchain and equivalent to $10^{-18}$, meaning that the numbers correspond to 0.25 ETH, 150 ETH, and 7,215 ETH.

[96] Etherscan. (May 26, 2018). [redacted] Etherscan records a transaction initiated by Balina's address 0xe33e (as seen in the "From:" field) which sends instructions for the Primablock pool 0x5b05 to send 7,142.442 to the Sparkster address 0x3315 (as seen in the "To:" field). Sparkster CEO Daya had previously directed Balina to send funds to this address 0x3315 when Balina executed the SAFT, as seen in email from Sajjad Daya via DocuSign to Ian Balina. (May 20, 2018). Exhibit P-96g from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000018.

[97] WhatsApp Message from Daya. (May 26, 2018). Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000818.

#### *4.4.4. Balina received SPRK tokens from Sparkster at 0x5b05*

48. The Primablock pool address 0x5b05 received a total of 43,212,355.3 SPRK tokens, 99.7% of the SPRK tokens agreed upon in the SAFT, from Sparkster in two installments. The first transfer of 33,212,355.3 SPRK tokens was made on July 23, 2018, and the bonus transfer of 10,000,000 SPRK tokens was made on August 27, 2019. These payments were both made from Sparkster to the Primablock pool address 0x5b05 and are recorded on Etherscan as shown in Appendix D – Figure 11 and Figure 12. On July 22, 2018 and July 23, 2018, concurrent to the first installment of SPRK tokens being sent by Sparkster to Balina, Balina messaged Daya to coordinate the transfer of the SPRK tokens, saying "0x5B05[redacted] This is where the tokens should be sent," to which Sajjad Daya later responded "Hey Ian, your tokens have been transferred."[98] The Ethereum blockchain records the distribution of SPRK tokens from the Primablock pool address 0x5b05 to the Sparkster Investment Pool participants, and the initial distributions can be found in Appendix C – Table 6, Investor Receipts of Initial SPRK from the Sparkster Investment Pool.

### 4.5. Balina Invested at Least $104,883 and Received a Bonus of 30% on His Investment

49. The Primablock database file and the Ethereum blockchain record Balina's personally identified address 0xe33e as having contributed 150 ETH (worth approximately $104,883 at the time[99]) to the Sparkster Investment Pool at 0x5b05. His depositing transaction of 150 ETH can be seen in Appendix C – Table 1 and Table 2. Balina's personally identified address 0xe33e received the first installment of 690,471.1 SPRK tokens on June 9, 2019, then received a 30% SPRK bonus of 207,903.68 SPRK on September 2, 2019. Appendix D – Figure 13 and Figure

---

[98] WhatsApp Messages Between Ian Balina and Sajjad Daya. (July 22, 2018 and July 23, 2018). Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000822 - 23.
[99] *See* CoinMarketCap closing price of ETH of $699.22 on May 21, 2018. *Ethereum Historical Data*. CoinMarketCap. https://coinmarketcap.com/currencies/ethereum/historical-data/.

14 show Etherscan screenshots of Balina's personally identified address receiving his SPRK tokens with a 30% bonus. As discussed in Section 5.1, there are five unidentified Ethereum addresses that participated in the Primablock pool. If any of these unidentified addresses belonged to Balina, it is possible that Balina received more bonus SPRK tokens than the 207,903.68 bonus SPRK tokens received at his 0xe33e address.

## 5. CONCLUSION

50. Based on my professional expertise in crypto assets and blockchain technology, I conclude that data from the Ethereum blockchain demonstrate that Balina's Ethereum address 0xe33e predominantly controlled the Sparkster Investment Pool that collected investor funds at the Primablock smart contract at Ethereum address 0x5b05. While Konstantin Olabountou, who Balina describes as having an administrative role in Balina's investments, also had administrative rights to the Primablock smart contract at Ethereum address 0x5b05, it is Balina who overwhelmingly initiated the key transactions involved with 0x5b05. These include: i) adding 64 of the 68 contributing Ethereum addresses to the whitelist, ii) exclusively modifying the Sparkster Investment Pool parameters (minimum investment amount, maximum investment amount, and total pool cap), and iii) sending collected investor funds to the Sparkster address provided to him by Sparkster CEO, Daya, after the SAFT was signed.

51. Balina's control of the Sparkster Investment Pool on the Ethereum blockchain is consistent with documentary evidence. The amount invested by the Sparkster Investment Pool mirrors the amount in the SAFT agreement personally signed by Balina. It was Balina who instructed prospective investors "to get whitelisted for my Sparkster pool," and the Google Form whitelist that they had to fill out contained a disclaimer by Balina's own company. Also, while Olabountou had administrative rights to the Primablock smart contract address, he had to complete

the Google Form whitelist, in contrast to Balina, who did not. Finally, when Sparkster received the ETH transfer from the Sparkster Investment Pool, Sparkster CEO, Daya, messages Balina, not Olabountou, "Thank you for the contribution!"

Dated: July 10, 2023

Shimon Kogan

# I. APPENDIX A – CURRICULUM VITAE OF SHIMON KOGAN

**Shimon Kogan**
Reichman University and the Wharton School
[redacted]

*June 2023*

## Education

*2005* **Ph.D. in Finance**
Haas School of Business
University of California at Berkeley

*1999* **M.B.A**
Haas School of Business
University of California at Berkeley

*1994* **B.A.**
The Eitan Berglas School of Economics Tel Aviv University, Tel Aviv

## Academic Positions Held

The Wharton School, University of Pennsylvania
*2016-current* Adjunct Associate Professor of Finance

Arison School of Business, Reichman University, Israel
*2013-current* Associate Professor of Finance (with Tenure)

MIT Sloan School of Management
*2017-2020* Visiting Associate Professor of Finance

McCombs School of Business, University of Texas at Austin
*2008-2014* Assistant Professor of Finance

Tepper School of Business, Carnegie Mellon University
*2005-2008* Assistant Professor of Finance

## Non-academic Employment

*2019-current* **Advisor**
*Forest Park*
*Lagoon*
*Archimedes*
*Apfront*

*2014* **Co-Founder**
*GoodBasket, Tel Aviv*

*2000-2001* **Director**
*marchFIRST*, San Francisco

*1999* **Associate**
*Mitchell Madisson Group, San Francisco*

*1998* **Corporate Finance Associate**
*Levi Strauss and Company, San Francisco*

*1995-1997* **Derivatives Desk Manager**
*Zeller Eblagon Financial Services, Tel Aviv*

*1993-1995* **Investment Manager**
*Batucha Investment Management, Tel Aviv*

## Teaching

**Recipient of the Wharton Teaching Excellence award for academic year 2020**

*Data Science for Finance*
MBA, Wharton School of Business

*FinTech: Business, Finance, and Technology*
Undergraduate and MBA, Wharton School of Business
MFE, IDC Herzelia
MSF and MBA, University of Texas at Austin



EXHIBIT G

*Behavioral Finance*
MBA, European School of Management and Technology
MBA, IDC Herzliya
Executive MBA, European School of Management and Technology
MBA, Carnegie Mellon University

*Investment Theory and Practice*
Undergraduate, University of California at
Berkeley MBA, University of Texas at Austin
Undergraduate, IDC Herzliya
MAFE, IDC Herzliya

*Portfolio Management*
MSF, University of Texas at Austin

*Derivatives and Options*
Undergraduate, Carnegie Mellon University

*Introduction to Finance*
MBA, Carnegie Mellon University

## Published Papers

« *Social Media and Financial News Manipulation », with Toby Moskowitz and Marina Niessner. Review of Finance, Oct 2022*, https://doi.org/10.1093/rof/rfac058.

« Information, Trading, and Volatility: Evidence from Firm-Specific News», with Jacob Boudoukh, Ronen Feldman, and Matthew Richardson, *AQR Research Excellence Award Finalist. The Review of Financial Studies,* Volume 32, Issue 3, 1 *2019*, Pages 992–1033, https:// doi.org/10.1093/rfs/hhy083

« Is Investor Rationality Time Varying? Evidence from the Mutual Fund Industry », with Vincent Glode, Burton Hollifield, and Marcin Kacperczyk, *Behavioral Finance: Where do Investors Biases Come From?, Itzhak Venezia [ed.], World Scientific Publishing Co., 2016, pp. 67-113.*

« Business Microloans for U.S. Subprime Borrowers », with Cesare Fracassi, Mark J. Garmaise, and Gabriel Natividad, *Journal of Financial and Quantitative Analysis, 2016, 51 (1), pp. 55-83.*

« Trading Complex Assets », with Bruce Carlin and Richard Lowery, *Journal of Finance, 2013, 68(5), 1937-1960.*

« Investor Inattention and the Market Impact of Summary Statistics », with Thomas Gilbert, Lars Lochstoer, and Ataman Ozyildirim, *Management Science, Special Issue on Behavioral Economics and Finance, 2012, 58(2), pp. 336-350.*

« Coordination in the Presence of Asset Markets », with Anthony Kwasnica and Roberto Weber, *American Economic Review, 2011, 101(2), pp. 927-947*.

« Securities Auctions under Moral Hazard: Theory and Experiments », with John Morgan, *Review of Finance, 2010, 14 (3), pp. 477-520.*

« Predicting Risk from Financial Reports with Regression », with Dimitry Levin, Bryan Routledge, Jacob Sagi, and Noah Smith, *Proceedings of the North American Association for Computational Linguistics Human Language Technologies Conference, Boulder, CO, May/June 2009.*

« Distinguishing the Effect of Overconfidence from Rational Best-Response on Information Aggregation », *Review of Financial Studies, 2009, 22(5), pp. 1889-1914*.

## Working Papers

« Are Cryptos Different? Evidence from Retail Trading », with Igor Makarov, Marina Niessner, and Antoinette Schoar.

« Pure Momentum in Cryptocurrency Markets », with Cesare Fracassi.

« Fee the People: Retail Investor Behavior and Trading Commission Fees », with Omri Even-Tov, Kimberlyn George, and Eric C. So.

« Corporate Disclosure: Facts or Opinions? », with Vitaly Meursault and Toby Moskowitz.

« Institutional Trading around Scheduled Announcements », with Marco Di Maggio, Francesco A. Franzoni, and Ran Xing.

« The Asymmetry in Responsible Investing Preferences », with Jacquelyn Humphrey, Jacob Sagi, and Laura Starks.

« Aggregate Sentiment and Investment: An Experimental Study », with Donja Darai, Anthony Kwasnica, and Roberto Weber.

« Collective Self Deception », with Florian Schneider and Roberto Weber.

« Uncertainty Shocks and Personal Investment: Evidence From a Global Brokerage », with Rawley Heimer and Nancy Xu.

## General Media

« Investor Inattention and the Market Impact of Summary Statistics »
*Smart Money -- WSJ*, February 02, 2012
(http://blogs.smartmoney.com/advice/2012/02/02/facebooks-bizarre-friend-rally/)
The Financial Times, August 31, 2012
(http://www.ft.com/intl/cms/s/d2e3c6ea-f1ea-11e1-897300144feabdc0,Authorised=false.html?_i_location=http://www.ft.com/cms/s/0/d2e3c6ea-f1ea-11e1-8973-00144feabdc0.html&_i_refer-er=http://faculty.washington.edu/gilbertt/research.shtml#axzz26TcNbY8z)

« Coordination in the Presence of Asset Markets »
*Forbes Magazine*, November 10, 2008 (http://www.forbes.com/intelligentinvesting/forbes/2008/1110/046.html)
*Pittsburgh Post Gazette*, October 26, 2008 (http://www.post-gazette.com/pg/08300/922712-28.stm)

« FinTech Related »
http://www.thedp.com/article/2018/01/fintech-rising-popularity-at-penn-upenn-wharton-bitcoin- course-philadelphia
http://knowledge.wharton.upenn.edu/article/bitcoin-sound-investment
https://cryptovest.com/news/wharton-mba-blockchain-course-set-for-spring-2018/
http://observador.pt/2017/06/13/bitcoins-podem-ser-um-substituto-moderno-do-ouro/

## Grants

« Inquire Europe »
with Rawley Heimer and Nancy Xu, 2020-2021 ($10,000)

« Interdisciplinary Grant for "Improving Financial Decision Making »
with Moran Ofir, Tali Regev, Shahar Ayal and Orit Tykocinski, 2015-2016 ($10,000)

« Israeli Science Foundation (ISF) Grant »
with Jacob Boudoukh and Ronen Feldman, 2013-2015 ($100,000)

« McCombs Research Excellence Grant »
with Tony Kwasnica and Roberto Weber, 2010-2011 ($14,904)

« The Q Group: Text Based Portfolio Choice »
with Bryan Routledge, Jacob Sagi and Noah Smith, 2008-9 ($10,000)

« The Difference between Data and Information »
Center for Analytical Research and Technology
with Bryan Routledge and Jacob Sagi, 2007-8 ($90,000)

« Active Portfolio Management and Behavioral Finance »
Teaching Innovation Award
with Bryan Routledge, 2006-7 ($20,000)

« How Can Internal Markets Help Firms Make Better Decisions? »
Center for Analytical Research and Technology
with Don Moore and Roberto Weber, 2006-7 ($100,000)

« Distinguishing overconfidence from rational best-response in markets »
The Experimental Social Science Laboratory (XLab)
2004-2005 ($5,000)

« Studying overconfidence in financial markets »
The Center for Responsible Business, Haas School of Business 2003 ($20,000)

« Testing principle-agent models in asset markets »
Institute of Business and Economic Research (IBER)
2002 ($2,000)

## Conference Talks and Discussions

*2023* Big Data NBER
Behavioral Finance NBER
Web3 Financing and Inclusivity
HKU-TLV Finance Forum

*2022* Program for Financial Studies at Columbia Business School

*2021* Saint Louis University Law Journal Symposium

*2020* American Finance Association Meetings
PRI Academic Week

*2019* Kentucky Finance Conference

*2018* AFA
Kentucky Finance Conference
SYSU Finance Conference
Texas Finance Festival
The 9th Summer Finance Conference at IDC Herzliya
CICF 2018
INSEAD Finance Symposium
NBER Behavioral

*2017* AEA
RFS FinTech Workshop

*2016* FIRS

*2015* American Finance Association (AFA) Meetings
First Israel Behavioral Finance Conference
Western Finance Association Meetings
Asian Bureau of Finance and Economic Research (ABFER)
Northern Finance Association Meetings
Household and Economics Decision-Making Conference
Workshop for Promotion of Experimental Validation of the Theory of Asset Pricing
Sixth Miami Behavioral Finance Conference

*2014* FIRS 9th Annual Conference
Jerusalem Finance
Conference

*2013* Western Finance Association (WFA) Meetings
European Finance Association (EFA)
Meetings UK Inquire
9th Annual Asset Pricing
Retreat Napa Conference

*2012* American Finance Association (AFA) Meetings
Western Finance Association (WFA) Meetings
The Rothschild Caesarea Center 9th Annual Conference

*2011* Western Finance Association (WFA) Meetings
Society for Financial Studies Finance Cavalcade
European Finance Association (EFA) Meetings



**EXHIBIT G**

*2010* American Finance Association (AFA) Meetings
Western Finance Association (WFA) Meetings
Texas Finance Festival
University of British Columbia Winter Finance Conference
Lone Star Conference
Miami Behavioral Finance Conference

*2009* Utah Winter Finance Conference
NBER meeting in Behavioral Finance
European Finance Association (EFA) Meetings

*2008* Financial Management Association
NBER meeting in Behavioral Finance

*2007* Western Finance Association (WFA) meetings
Caesarea Center 4th annual convention

*2006* European Finance Association Meetings

*2005* Tel-Aviv University
Western Finance Association (WFA) meetings
NBER Market Microstructure Session

*2004* Student Conference, London Business School

## Presentations

*2021* The Wharton School

*2020* University of Texas Austin
FIRN
University of Geneva

*2019* UNC
Boston College
Villanova
University

*2018* University of Miami
MIT Sloan
Yale
FEB
Catolica Lisbon
Rochester University

Boston University

*2017* HEC Paris
Tel Aviv University
Banco Invest Conference

*2016* York University

*2015* Case Western Reserve University

*2014* Wharton School of Business

*2013* NYU

*2011* University of Miami
Michigan State University
Interdisciplinary Center Herzliya (IDC)
Tel Aviv University
Hebrew University
University of South Wales
University of Sydney
University of Melbourne
Australian National University
University of Queensland

*2010* PennState, Smeal College of Business

*2008* Rotman School of Management, University of Toronto
Sloan School of Management, MIT
Mays Business School, Texas A&M

*2007* The Leo Recanati Graduate School of Business, Tel Aviv University
Arison School of Business, Interdisciplinary Center Herzliya (IDC)
Boston College

*2006* Center for Behavioral Decision Research, Carnegie Mellon University
Economic Department, Pittsburgh University
Tepper Finance Seminar, Carnegie Mellon University
Penn State, Smeal College of Business

*2005* David Eccles School of Business, The University of Utah
Federal Reserve Bank of Boston
Harvard Business School
McCombs School of Business, The University of Texas at Austin
Sauder School of Business, University of British Columbia
Sloan School of Management, MIT

Tepper School of Business, Carnegie Mellon University
Yale School of Management

*2004* Economic Department, University of California at Berkeley

## Referee

*American Economic Review; Journal of Finance; Review of Financial Studies; Review of Finance; Journal of Financial Economics; Management Science; National Science Foundation; Journal of Financial Markets; Journal of Banking and Finance; Journal of Business Finance and Accounting; Journal of the European Economic Association; Journal of Marketing Research; Journal of Portfolio Management; Journal of Economic Analysis and Policy; Journal of Economic Behavior and Organization; Experimental Economics; Organizational Behavior and Human Decision Processes; Economic Inquiry; Accounting and Business Research; Journal of the European Economic Association; Israeli Science Foundation*.

## Conference Committee Member

*Western Finance Association*
*Utah Winter Finance Conference*
*European Finance Association*
*Texas Finance Festival*
*Financial Management Association*
*Midwest Finance Association*
*China International Conference in Finance*
*The Financial Intermediation Research Society (FIRS) Conference*
*Georgia State University FinTech Conference*

## Conference Organizer

*Annual Conference in Financial Economics Research*
*Annual Quantitative Trading Symposium*
*Israel Conference in Behavioral Finance*

## Dissertation Committee Member

*2009* Vincent Glode, Carnegie Mellon University (now at Wharton with Tenure)
*2014* Denys Maslov, University of Texas at Austin (now at Moody's Analytics)
*2022* Sajad Ghorbani, the University of Pennsylvania (now at Cornerstone Research)

## University Service

*2013-2015* Finance Area Head, Reichman University
*2006-2008* Coordinator, Finance doctoral program, Carnegie Mellon University
*2006-2008* Member, Behavioral Laboratory Advisory Committee, Carnegie Mellon University

## Other Information

*Affiliations* American Finance Association, Western Finance Association.
*Languages* English, Hebrew.
*Software* Matlab, Stata, Visual Basic, R., Python
*Citizenship* Israel, United States.

## II. APPENDIX B – DOCUMENTS RELIED UPON AND CONSIDERED

Atzei, N., Bartoletti, M., Cimoli, T. (2017). A Survey of Attacks on Ethereum Smart Contracts (SoK). In Maffei, M., Ryan, M. (Eds). Principles of Security and Trust. POST 2017. Lecture Notes in Computer Science, vol 10204. Springer, Berlin, Heidelberg.

Balina, Ian. *About Ian Balina.* [Website]. https://web.archive.org/web/20230601090542/https://ianbalina.com/ accessed via the Web Archive.

Balina, Ian. Answer to Plaintiff's Complaint. (November 18, 2022).

Balina, Ian. *Home.* Ian Balina [Website]. (May 19, 2018). https://web.archive.org/web/20180519230416/http://ianbalina.com/ accessed via the Web Archive.

Balina, Ian. *Ian Balina's ICO Spreadsheet.* Ian Balina [Webpage] https://web.archive.org/web/20171122154629/http://ianbalina.com/spreadsheet/ accessed via the Web Archive.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. Telegram. https://t.me/s/IanBalinaSpreadsheet/1.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (January 17, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/67.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (April 22, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/813.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (May 3, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/855.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (May 8, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/880.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (May 19, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/964.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (May 20, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/963.

Balina, Ian. Ian Balina's Spreadsheet [@IanBalinaSpreadsheet]. (June 1, 2018). Telegram. https://t.me/IanBalinaSpreadsheet/1049.

Balina, Ian. "Ian Balina Crypto Alerts!" Telegram Channel. Exhibit P-69 (p. 68) from Deposition of Ian Balina. (June 7, 2023).

Balina, Ian. Ian Balina [@DiaryofaMadeMan Twitter profile]. https://web.archive.org/web/20180416064431/https://twitter.com/diaryofamademan accessed via the Web Archive.

Balina, Ian. Ian Balina is creating Cryptocurrency Content and Research. Patreon. https://web.archive.org/web/20180531173017/https://www.patreon.com/ianbalina accessed via the Web Archive.

Balina, Ian. [Ian Balina].YouTube. https://web.archive.org/web/20180125143337/https://www.youtube.com/channel/UCT5IB8qqnIolnkuUj8a1kEQ, accessed via the Web Archive.

Balina, Ian. [Ian Balina]. *Ian Balina AMA Live Stream in Berlin – 05/23/18*. [Video]. YouTube. https://www.youtube.com/watch?v=kWtXD6c3p20.

Balina, Ian. [Ian Balina]. *Ian Balina AMA from Moscow, Russia – 7/1/18* [Video]. YouTube. https://www.youtube.com/watch?v=KP33p4_C9rk.

Balina, Ian. [Ian Balina]. *Ian Balina AMA from Budapest – 6/5/18*. [Video]. YouTube. Exhibit P-92 from Deposition of Ian Balina. (June 7, 2023).

Balina, Ian. [Ian Balina]. (May 11, 2018). *Ian Balina Crypto World Tour | Amsterdam, Netherlands* [Video]. YouTube. Video of Balina Amsterdam Live Event. Exhibit P-90 from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0002875.

Balina, Ian. [LinkedIn profile]. LinkedIn. https://www.linkedin.com/in/ianbalina/.

Balina, Ian. List of Various Crypto Asset Transactions. SEC-BalinaIan-E-0002898.

Balina, Ian. Sparkster Interview. (May 25, 2018). Exhibit P-91 from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0002876.

Benedetti, H. E. & Kostovetsky, L. (2021). Digital Tulips? Returns to Investors in Initial Coin Offerings. Journal of Corporate Finance, 66. https://doi.org/10.1016/j.jcorpfin.2020.101786.

Buterin, V. et al. (2014). Ethereum: A next-generation smart contract and decentralized application platform. White paper.

CoinMarketCap. *Ethereum Historical Data*. https://coinmarketcap.com/currencies/ethereum/historical-data/.

CoinMarketCap. (2023). *Today's Cryptocurrency Prices by Market Cap*. CoinMarketCap. https://coinmarketcap.com.

Cong, L.W., & He, Z. (May 2019). Blockchain Disruption and Smart Contracts. *The Review of Financial Studies*, *32*(5), 1754–1797. https://doi.org/10.1093/rfs/hhz007.

Cryptopedia Staff. (March 10, 2022). Ethereum and the ICO Boom. Cryptopedia. https://www.gemini.com/cryptopedia/initial-coin-offering-explained-ethereum-ico.

Defendant Ian Balina's First Amended Answers to Plaintiff's Interrogatories, Set One. (May 22, 2023).

Deposition of Brian Furano. (May 30, 2023). Including exhibits.

Deposition of Ian Balina. (June 7, 2023). Including exhibits.

Email from Sajjad Daya (via Docusign) to Ian Balina, subject: "Please DocuSign: SAFT- Ian Balina.pdf." (May 19, 2018, 12:10 PM). SEC-Balinalan-E-0000816.

Emails between Ian Balina and Sparkster executives Sajjad Daya and Shabeer Kirmani. Exhibits P-96a to P-96f from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000003 - 116.

Ethereum. *ERC*. Ethereum Improvement Proposals. https://eips.ethereum.org/erc.

Ethereum. *Introduction to Smart Contracts*. (Updated September 1, 2022). Ethereum.org. https://ethereum.org/en/developers/docs/smart-contracts/.

Etherscan. *Transaction Details*. 0x8ddf[redacted] at [redacted]

Etherscan. *Transaction Details*. 0x0d348[redacted] at [redacted]

Etherscan. *Transaction Details*. 0x317[redacted]. [redacted].

Etherscan. *Transaction Details*. 0x6442[redacted]. [redacted]

Etherscan. *Transaction Details*. 0xa072[redacted]. [redacted]



EXHIBIT G

Etherscan. *Sparkster (SPRK) Token*. https://etherscan.io/token/0x971[redacted].

Etherscan. *Sparkster (SPRK) Token. Analytics*. https://etherscan.io/token/[redacted].

Google Form Responses Spreadsheet. Chromaway Individual Allocation Interest Form. Exhibit P-32e from Deposition of Ian Balina. (June 7, 2023).

Google Form Responses Spreadsheet. Sparkster Private Sale Whitelist. Exhibit P-99c from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0002899.

Google Form. Sparkster Private Sale Whitelist. Exhibit P-99b from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000154 – 158.

Howell, S.T., et. al. (September 2020). Initial Coin Offerings: Financing Growth with Cryptocurrency Token Sales. The Review of Financial Studies 33 (9), 3925–3974. https://doi.org/10.1093/rfs/hhz131.

Kushwaha, S. S., Joshi, S., Singh, D., Kaur, M., & Lee, H. -N. (2022). Systematic Review of Security Vulnerabilities in Ethereum Blockchain Smart Contract. *IEEE Access*, *10*, 6605-6621, doi: 10.1109/ACCESS.2021.3140091.

Lyandres, E., Palazzo, B., & Rabetti, D. (2020). ICO Success and Post-ICO Performance.

Nakamoto, S. (2008). Bitcoin: A Peer-to-Peer Electronic Cash System. White paper.

National Institutes of Standards and Technology System and Communications Protection. (July 19, 2013). *Digital Signature Standard (DSS), Federal Information Processing Standard (FIPS) 186-4*. https://csrc.nist.gov/publications/detail/fips/186/4/final.

McCormick, K. (2016). Celebrity endorsements: Influence of a product-endorser match on millennials attitudes and purchase intentions. *Journal of Retailing and Consumer Services, 32*, 39–45. https://doi.org/10.1016/j.jretconser.2016.05.012.

OECD. (2019). Initial Coin Offerings (ICOs) for SME Financing. http://www.oecd.org/finance/initial-coin-offerings-for-sme-financing.htm.

OpenZeppelin. OpenZeppelin Contracts. GitHub. https://github.com/OpenZeppelin/openzeppelin-contracts.

OpenZeppelin. *Security*. OpenZeppelin Contracts. GitHub. https://github.com/OpenZeppelin/openzeppelin-contracts/security.

PrimaBlock. *How Does PrimaBlock work at a high level?* PrimaBlock FAQ. https://support.primablock.com/hc/en-us/articles/360010528472-How-does-PrimaBlock-work-at-a-high-level-.

PrimaBlock. https://www.primablock.com.

Primablock database file. (B-03273_ARCHIVE-000000042.ini).

Rossolillo, N. (Updated September 22, 2022). *What Does 'To The Moon' Mean in Cryptocurrency?* The Motley Fool. https://www.fool.com/investing/stock-market/market-sectors/financials/cryptocurrency-stocks/to-the-moon-crypto/.

Securities and Exchange Commission. Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, in the Matter of Sparkster, Ltd. and Sajjad Daya. (September 19, 2022).

Simple Agreement for Future Tokens between Ian Balina and Sparkster. Exhibit P-99a from Deposition of Ian Balina. (June 7, 2023). SEC-SPARKSTER-E-0001687 - 1708.

Sparkster Token Sale Agreement between Ian Balina and Sparkster. SEC-E-0000117 – 159.

Sparkster News & Announcements Channel [@SparksterNews]. Telegram. https://t.me/SparksterNews/.

Sparkster ICO Telegram Group Web Capture. Exhibit P-70 from Deposition of Ian Balina. (June 7, 2023).

Sparkster Channel. Post by user Haligonian. (May 20, 2018). Telegram. Exhibit P-70 from Deposition of Ian Balina. (June 7, 2023).

Sparkster "Other" Address List. SEC-SPARKSTER-E-0001445.

Sparkster "Presale Wallet" Address List. SEC-SPARKSTER-E-0001468.

Sparkster "SP1" Address List. SEC-SPARKSTER-E-0001745.

Sparkster "SP2R" Address List. SEC-SPARKSTER-E-0001746.

Sparkster "Withdrawal" Address List. SEC-SPARKSTER-E-0002631.

Telegram. Messages Produced by Ian Balina. Exhibits P-95a, P-95f, P-95g from Deposition of Ian Balina. (June 7, 2023). SEC-BalinaIan-E-0000160 – 812.

U.S. Securities and Exchange Commission against Ian Balina, Complaint. (September 19, 2022). 1:22-cv-00950.

WhatsApp. Chat Log between Ian Balina and Sajjad Daya. Exhibit P-97a from Deposition of Ian Balina. (June 7, 2023). SEC-Balinalan-E-0000813 – 49.

WhatsApp. Chat Log between Latoken and Sajjad Daya. Kirmani-SEC 000349.

WhatsApp. Chat Log between two Sparkster employees. Kirmani-SEC 002683.

WhatsApp. Chat Log for Sparkster Team. Including Exhibit P-9b from Deposition of Ian Balina. (June 7, 2023). Kirmani-SEC 004431 – 549.

WhatsApp. Message from Sparkster for the Sparkster ICO. Kirmani-SEC 001552.

Wheat, C. & Eckerd, G. (December 2022). *The Dynamics and Demographics of U.S. Household Crypto-Asset Use. JPMorgan Chase Institute*. https://www.jpmorganchase.com/institute/research/financial-markets/dynamics-demographics-us-household-crypto-asset-cryptocurrency-use.

White, J. T., & Wilkoff S. (April 14, 2023): The Effect of Celebrity Endorsements on Crypto. *Comparing the ICO Boom of 2017/18 and the NFT Boom of 2021*. (January 11, 2022). NFT Tech. https://www.nfttech.com/newsroom/comparing-the-ico-boom-of-2017-18-and-the-nft-boom-of-2021.

Wood, G. (2014). Ethereum: A Secure Decentralised Generalised Transaction Ledger EIP-150 Revision. Yellow Paper.

Vogelsteller, F., Buterin, V. (November 19, 2015). *ERC-20: Token Standard*. Ethereum Improvement Proposals. https://eips.ethereum.org/EIPS/eip-20.

*Any other documents cited or referenced in this Report.*

# III. APPENDIX C – TABLES

## Table 1. Sparkster Investment Pool Participants.

This table shows the Ethereum address, name, email, Telegram handle, and pledged ETH amount associated with each contribution to the Sparkster Investment Pool, as observable on the Ethereum blockchain. Names and emails were sourced from the Google Forms spreadsheet, where available, then sourced from the Primablock database file if no name was listed in the Google Forms spreadsheet.[100] The column "Pledged" shows the amount of ETH pledged by that address in the Primablock database file. The final column, "ETH Sent," shows the amount of ETH actually contributed by each Ethereum address, as recorded by the Ethereum blockchain.

| Ethereum Address | Name | Email | Telegram | Pledged | ETH Sent |
|---|---|---|---|---|---|
| [redacted] | | | | 45 0 | 45 0 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 2 0 | 2 0 |
| | | | | 55 0 | 55 0 |
| | | | | 150 0 | 150 0 |
| | | | | 1 0 | 1 0 |
| | | | | 100 0 | 100 0 |
| | | | | 0 5 | 0 5 |
| | | | | 70 0 | 70 0 |
| | | | | 150 0 | 150 0 |
| | | | | 100 0 | 100 0 |
| | | | | 16 8 | 16 8 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 73 5 | 73 5 |
| | | | | 69 5 | 34 5 |
| | | | | 60 0 | 60 0 |
| | | | | 150 0 | 150 0 |
| | | | | 146 5 | 146 5 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 150 0 | 150 0 |
| | | | | 40 0 | 40 0 |
| | | | | 38 8 | 38 8 |

[100] Two exceptions to this rule are the names listed next to addresses [redacted], which show names sourced from the Primablock database, despite different names also being available in the Google Forms spreadsheet. This was done because the names "Kosta O" and [redacted]", in the Google Forms spreadsheet were determined to be abbreviated versions of the names "Konstantin Olabountou" and "[redacted]" which were associated with these same addresses in the Primablock database. Furthermore, the address associated with name "Kosta O" in the Google Forms spreadsheet was listed with the email [redacted] which was registered to both Ethereum addresses associated with the name "Konstantin Olabountou" in the Primablock database file.



EXHIBIT G

| [redacted] | Telegram | Pledged | ETH Sent |
|---|---|---|---|
| [redacted] | | 100 0 | 100 0 |
| | | 45 0 | 45 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 20 0 | 20 0 |
| | | 150 0 | 150 0 |
| | | 100 0 | 100 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 25 0 | 25 0 |
| | | 150 0 | 150 0 |
| | | 105 5 | 105 5 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 3 8 | 3 8 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 11 0 | 11 0 |
| | | 100 0 | 100 0 |
| | | 150 0 | 150 0 |
| | | 3 0 | 3 0 |
| | | 3 2 | 3 2 |
| | | 150 0 | 150 0 |
| | | 50 0 | 85 0 |
| | | 17 9 | 17 9 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 150 0 | 150 0 |
| | | 101 0 | 101 0 |
| | | 81 0 | 81 0 |
| | | 80 0 | 80 0 |



**EXHIBIT G**

**Table 2. Deposits to Sparkster Investment Pool.**
This table shows all of the individual contributions made by Sparkster Investment Pool members.

| Timestamp | Transaction Hash | From Address | ETH Sent |
|---|---|---|---|
| 2018-05-21 09:40:39 | [redacted] | [redacted] | 100 0 |
| 2018-05-21 09:50:22 | [redacted] | [redacted] | 150 0 |
| 2018-05-21 10:28:44 | [redacted] | [redacted] | 136 0 |
| 2018-05-21 11:17:34 | [redacted] | [redacted] | 150 0 |
| 2018-05-21 11:31:37 | [redacted] | [redacted] | 14 0 |
| 2018-05-21 11:33:20 | [redacted] | [redacted] | 150 0 |
| 2018-05-21 11:51:16 | [redacted] | [redacted] | 100 0 |
| 2018-05-21 23:27:41 | [redacted] | [redacted] | 45 0 |
| 2018-05-22 00:45:03 | [redacted] | [redacted] | 1 0 |
| 2018-05-22 11:04:58 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:15:22 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:16:59 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:18:20 | [redacted] | [redacted] | 11 0 |
| 2018-05-22 11:21:41 | [redacted] | [redacted] | 101 0 |
| 2018-05-22 11:21:52 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:26:10 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:26:10 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:29:00 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:31:28 | [redacted] | [redacted] | 70 0 |
| 2018-05-22 11:31:57 | [redacted] | [redacted] | 146 0 |
| 2018-05-22 11:33:42 | [redacted] | [redacted] | 17 0 |
| 2018-05-22 11:34:29 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:36:07 | [redacted] | [redacted] | 30 0 |
| 2018-05-22 11:46:16 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 11:47:50 | [redacted] | [redacted] | 60 0 |
| 2018-05-22 11:49:26 | [redacted] | [redacted] | 10 0 |
| 2018-05-22 11:50:11 | [redacted] | [redacted] | 105 5 |
| 2018-05-22 12:04:58 | [redacted] | [redacted] | 100 0 |
| 2018-05-22 12:30:30 | [redacted] | [redacted] | 20 0 |
| 2018-05-22 12:36:44 | [redacted] | [redacted] | 8 0 |
| 2018-05-22 13:06:58 | [redacted] | [redacted] | 29 0 |
| 2018-05-22 14:55:07 | [redacted] | [redacted] | 70 0 |
| 2018-05-22 14:55:39 | [redacted] | [redacted] | 55 0 |
| 2018-05-22 15:09:11 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 15:35:14 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 15:50:49 | [redacted] | [redacted] | 150 0 |



**EXHIBIT G**

| Timestamp | Transaction Hash | From Address | ETH Sent |
|---|---|---|---|
| 2018-05-22 16:16:48 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 16:25:34 | [redacted] | [redacted] | 55 0 |
| 2018-05-22 16:46:57 | [redacted] | [redacted] | 95 0 |
| 2018-05-22 17:08:24 | [redacted] | [redacted] | 5 0 |
| 2018-05-22 18:16:20 | [redacted] | [redacted] | 3 8 |
| 2018-05-22 18:46:17 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 19:34:49 | [redacted] | [redacted] | 69 0 |
| 2018-05-22 19:40:20 | [redacted] | [redacted] | 121 7 |
| 2018-05-22 19:41:58 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 19:42:16 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 19:42:38 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 19:43:59 | [redacted] | [redacted] | 80 0 |
| 2018-05-22 19:45:22 | [redacted] | [redacted] | 100 0 |
| 2018-05-22 19:47:44 | [redacted] | [redacted] | 50 0 |
| 2018-05-22 19:50:13 | [redacted] | [redacted] | 95 0 |
| 2018-05-22 19:52:45 | [redacted] | [redacted] | 100 0 |
| 2018-05-22 19:57:45 | [redacted] | [redacted] | 4 0 |
| 2018-05-22 20:00:24 | [redacted] | [redacted] | 28 3 |
| 2018-05-22 20:01:01 | [redacted] | [redacted] | 1 0 |
| 2018-05-22 20:06:25 | [redacted] | [redacted] | 81 0 |
| 2018-05-22 20:06:44 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 20:08:34 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 20:11:45 | [redacted] | [redacted] | 30 0 |
| 2018-05-22 20:12:30 | [redacted] | [redacted] | 40 0 |
| 2018-05-22 20:18:47 | [redacted] | [redacted] | 20 0 |
| 2018-05-22 20:21:00 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 20:23:56 | [redacted] | [redacted] | 16 8 |
| 2018-05-22 20:30:19 | [redacted] | [redacted] | 55 0 |
| 2018-05-22 20:33:29 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 20:47:08 | [redacted] | [redacted] | 0 5 |
| 2018-05-22 20:49:44 | [redacted] | [redacted] | 101 0 |
| 2018-05-22 20:50:17 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 21:14:41 | [redacted] | [redacted] | 5 0 |
| 2018-05-22 21:25:45 | [redacted] | [redacted] | 30 0 |
| 2018-05-22 21:29:24 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 21:36:59 | [redacted] | [redacted] | 38 5 |
| 2018-05-22 21:40:30 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 21:44:52 | [redacted] | [redacted] | 17 9 |



**EXHIBIT G**

| Timestamp | Transaction Hash | | ETH Sent |
|---|---|---|---|
| 2018-05-22 21:45:10 | [redacted] | [redacted] | 61 5 |
| 2018-05-22 21:47:07 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 21:49:14 | [redacted] | [redacted] | 2 0 |
| 2018-05-22 21:51:15 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 21:52:50 | [redacted] | [redacted] | 30 5 |
| 2018-05-22 21:56:08 | [redacted] | [redacted] | 10 8 |
| 2018-05-22 22:02:22 | [redacted] | [redacted] | 8 0 |
| 2018-05-22 22:21:58 | [redacted] | [redacted] | 5 0 |
| 2018-05-22 22:24:15 | [redacted] | [redacted] | 0 3 |
| 2018-05-22 22:27:26 | [redacted] | [redacted] | 150 0 |
| 2018-05-22 22:31:27 | [redacted] | [redacted] | 10 0 |
| 2018-05-22 22:38:22 | [redacted] | [redacted] | 3 0 |
| 2018-05-22 22:39:12 | [redacted] | [redacted] | 29 4 |
| 2018-05-22 23:02:21 | [redacted] | [redacted] | 35 6 |
| 2018-05-22 23:06:03 | [redacted] | [redacted] | 3 0 |
| 2018-05-22 23:10:14 | [redacted] | [redacted] | 9 2 |
| 2018-05-22 23:13:14 | [redacted] | [redacted] | 33 0 |
| 2018-05-22 23:17:10 | [redacted] | [redacted] | 1 5 |
| 2018-05-22 23:20:00 | [redacted] | [redacted] | 0 2 |

## Table 3. Summary of Primablock Administrative Transactions

This table shows the administrative transactions made to Primablock pool at 0x5b05. The initiator is identified as the sending address on the Ethereum blockchain associated with the identified transaction hash, and those sending addresses correspond to the same Ethereum addresses used by Balina and Olabountou to contribute to Primablock pool at 0x5b05, as listed in Table 1, Sparkster Investment Pool participants.

| Timestamp | Transaction Hash | Initiator | Operation | Comment |
|---|---|---|---|---|
| 2018-05-21 01:23:02 | [redacted] | Olabountou | Pool Creation | Olabountou created the smart contract for the Pool |
| 2018-05-21 09:48:17 | [redacted] | Balina | Pool Parameter Change | Balina updated minimum, maximum, and total Pool limits |
| 2018-05-21 10:20:24 | [redacted] | Balina | Pool Modify Whitelist | Balina updated the Pool whitelist |
| 2018-05-22 11:02:25 | [redacted] | Balina | Pool Modify Whitelist | Balina updated the Pool whitelist |
| 2018-05-22 19:34:39 | [redacted] | Balina | Pool Modify Whitelist | Balina updated the Pool whitelist |
| 2018-05-22 19:56:25 | [redacted] | Balina | Pool Parameter Change | Balina updated minimum, maximum, and total Pool limits |
| 2018-05-22 21:34:04 | [redacted] | Balina | Pool Modify Whitelist | Balina updated the Pool whitelist |
| 2018-05-22 22:09:33 | [redacted] | Balina | Pool Modify Whitelist | Balina updated the Pool whitelist |
| 2018-05-22 22:24:15 | [redacted] | Balina | Pool Modify Whitelist | Balina updated the Pool whitelist |
| 2018-05-22 23:02:21 | [redacted] | Olabountou | Pool Modify Whitelist | Olabountou updated the Pool whitelist |
| 2018-05-22 23:11:37 | [redacted] | Olabountou | Pool Modify Whitelist | Olabountou updated the Pool whitelist |

**Table 4. Addresses Added to the Primablock Pool at 0x5b05 via Whitelist Transactions.**
This table shows all of the Ethereum addresses added to the Primablock Pool at 0x5b05 by each corresponding whitelisting transaction. The initiator of the transaction is identified as the sending address on the Ethereum blockchain associated with the identified transaction hash, and those sending addresses correspond to the same Ethereum addresses used by Balina and Olabountou to contribute to the Primablock pool at 0x5b05, as listed in Table 1. The addresses added to the whitelist are obtained from the etherscan.io page for the corresponding transaction hash. As can be seen in this Table, not all whitelisted addresses contributed to the Sparkster Investment Pool. However, all addresses that did contribute to the Sparkster Investment Pool are included in this table with the exception of Balina's and Olaboutou's addresses, as listed in Table 1, which were able to contribute without an associated whitelisting transaction presumably because they were administrators of the Primablock Pool at 0x5b05.

| Transaction Hash | Action | [redacted] | ETH Sent |
|---|---|---|---|
| [redacted] | Balina updated the Pool whitelist | [redacted] | 150 00 |
| | | | 150 00 |
| | | | 1 02 |
| | | | 45 00 |
| | | | 100 00 |
| | | | 150 00 |
| | Balina updated the Pool whitelist | | 100 00 |
| | | | 100 00 |
| | | | 150 00 |
| | | | 20 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 70 00 |
| | | | 150 00 |
| | | | 11 00 |
| | | | 25 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 85 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 55 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 3 80 |
| | | | 105 50 |
| | | | 60 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 3 00 |
| | Balina updated the Pool whitelist | | 150 00 |
| | | | 16 80 |
| | | | 1 99 |
| | | | 0 50 |
| | | | 40 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 81 00 |
| | | | 100 00 |
| | | | 150 00 |
| | | | 80 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |
| | | | 150 00 |



EXHIBIT G

| Transaction Hash | Action | | ETH Sent |
|---|---|---|---|
| [redacted] | | [redacted] | 150 00<br>101 00<br>73 50<br>45 00<br>150 00 |
| [redacted] | Balina updated the Pool whitelist | [redacted] | 146 50<br>150 00<br>150 00<br>38 85<br>17 89 |
| [redacted] | Balina updated the Pool whitelist | [redacted] | |
| [redacted] | Balina updated the Pool whitelist | [redacted] | 150 00 |
| [redacted] | Olabountou updated the Pool whitelist | [redacted] | 3 15 |
| [redacted] | Olabountou updated the Pool whitelist | [redacted] | 34 50 |



EXHIBIT G

**Table 5. Sparkster Investment Pool Participant Locations.**
This table shows the recorded locations of Sparkster Investment Pool participants in the section of the Primablock database file labeled "kyc." IP, IP Country, and Nationality were all fields reported in the Primablock database file.

| [redacted] | IP Country | Primablock-Entered Nationality |
|---|---|---|
| [redacted] | South Africa | South Africa |
| [redacted] | Unknown | Unknown |
| [redacted] | Switzerland | Denmark |
| [redacted] | Unknown | Unknown |
| [redacted] | Malta | Poland |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | UK | Hungary |
| [redacted] | USA | USA |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | USA | Colombia |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | USA | Netherlands |
| [redacted] | Canada | Taiwan |
| [redacted] | Peru | Peru |
| [redacted] | USA | UK |
| [redacted] | USA | Uganda |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | USA | Ghana |
| [redacted] | Fiji | Australia |
| [redacted] | Fiji | Australia |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Thailand | Thailand |
| [redacted] | Unknown | Unknown |
| [redacted] | Canada | Canada |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Denmark | Denmark |
| [redacted] | Hong Kong | Singapore |
| [redacted] | USA | USA |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Norway | Norway |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Thailand | Nigeria |
| [redacted] | USA | USA |
| [redacted] | Unknown | Unknown |
| [redacted] | USA | Australia |
| [redacted] | Netherlands | Netherlands |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |
| [redacted] | Unknown | Unknown |

**Table 6. Investor Receipts of Initial SPRK from the Sparkster Investment Pool.**
This table shows all of the individual transactions whereby the Sparkster Investment Pool participants received their initial installment of SPRK tokens from the Primablock pool at 0x5b05, rounded to two decimal places.

| Time | Transaction Hash | To Address | SPRK Distributed |
|---|---|---|---|
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 207,129 60 |
| 2019-06-09 21:04:37 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:09:47 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 9,131 91 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 253,164 60 |
| 2019-06-09 21:12:14 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 4,667 67 |
| 2019-06-09 21:06:28 | [redacted] | [redacted] | 460,322 10 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 2,273 85 |
| 2019-06-09 23:13:42 | [redacted] | [redacted] | 322,217 10 |
| 2019-06-09 21:03:22 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 460,322 10 |
| 2019-06-09 21:04:12 | [redacted] | [redacted] | 77,310 90 |
| 2019-06-09 21:03:59 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:02:05 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:02:48 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:04:49 | [redacted] | [redacted] | 338,329 35 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 319,915 35 |
| 2019-06-09 21:06:39 | [redacted] | [redacted] | 276,182 10 |
| 2019-06-09 21:04:49 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:09:36 | [redacted] | [redacted] | 674,384 85 |
| 2019-06-09 21:09:12 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:14:31 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:05:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:02:48 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:03:47 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:47:40 | [redacted] | [redacted] | 184,112 10 |
| 2019-06-09 21:12:14 | [redacted] | [redacted] | 178,818 08 |
| 2019-06-09 23:12:24 | [redacted] | [redacted] | 460,322 10 |
| 2019-06-09 23:05:43 | [redacted] | [redacted] | 207,129 60 |
| 2019-06-09 21:12:02 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:20:11 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |

| Time | Transaction Hash | [redacted] | SPRK Distributed |
|---|---|---|---|
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 92,042 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 460,322 10 |
| 2019-06-09 21:06:57 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 115,059 60 |
| 2019-06-09 21:09:36 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 22:09:42 | [redacted] | [redacted] | 485,641 35 |
| 2019-06-09 21:08:41 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 17,465 40 |
| 2019-06-09 21:07:25 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:08:02 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 50,610 60 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 460,322 10 |
| 2019-06-09 21:02:48 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 13,782 60 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 14,474 28 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:02:17 | [redacted] | [redacted] | 230,147 10 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 82,328 72 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:05:51 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:03:25 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:05:22 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:11:26 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 21:03:59 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 690,497 10 |
| 2019-06-09 23:21:38 | [redacted] | [redacted] | 464,925 60 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 372,855 60 |
| 2019-06-09 23:21:34 | [redacted] | [redacted] | 368,252 10 |



EXHIBIT G

# IV. APPENDIX D – ETHERSCAN SCREENSHOTS

## Figure 9. Etherscan Screenshot of Balina Modifying Whitelist

This screenshot shows Balina modifying the whitelist of the Sparkster Investment Pool.
Etherscan link: https://etherscan.io/tx/0x0d3[redacted]

| | |
|---|---|
| Transaction Hash: | [redacted] |
| Status: | Success |
| Block: | 5651344 11889215 Block Confirmations |
| Timestamp: | 1858 days 20 hrs ago (May-21-2018 10:20:24 AM +UTC) |
| From: | 0xe33[redacted] |
| To: | 0x5B[redacted] |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.00179122 ETH $3.37 |
| Gas Price: | 10 Gwei (0.00000001 ETH) |
| Ether Price: | $696.73 / ETH |
| Gas Limit & Usage by Txn: | 272,102 \| 179,122 (65.83%) |
| Other Attributes: | Nonce: 23 Position In Block: 35 |
| Input Data: | see below |

```
Function: modifyWhitelist(address[] toInclude, address[] toExclude) ***

MethodID: 0xdef86cbb
[0]:  0000000000000000000000000000000000000000000000000000000000000040
[1]:  0000000000000000000000000000000000000000000000000000000000000120
[2]:  0000000000000000000000000000000000000000000000000000000000000006
[3]:  00000000000000000000000087e81e6b34f125a1271c1a9e9ca5b0a3cb8b4ff6
[4]:  000000000000000000000000e209c9e2578e768136c0c162d795e3f2df8879aa
```

View Input As Decode Input Data



EXHIBIT G

**Figure 10. Screenshot of ETH Transfer From Sparkster Investment Pool to Sparkster**
This screenshot shows Balina sending a command to the Sparkster Investment Pool to send the pool's ETH to a Sparkster address.
Etherscan link: https://etherscan.io/tx/0xa072[redacted]

| | |
|---|---|
| Transaction Hash: | [redacted] |
| Status: | Success |
| Block: | 5680162 11970012 Block Confirmations |
| Timestamp: | 1869 days 3 hrs ago (May-26-2018 01:11:47 PM +UTC) |
| Sponsored: |  |
| From: | 0xe33[redacted] |
| To: | 0x5B[redacted]<br>Transfer 0.408 ETH From 0x5B0558..[redacted]o 0x5eF958...[redacted]<br>Transfer 7,142.442 ETH From 0x5B0558[redacted]To 0x3315Ac...[redacted] |

**Figure 11. Primablock Pool Receives First Installment of SPRK Tokens**
This screenshot shows the Primablock pool (0x5B05) receiving 33,212,355.3 SPRK tokens from Sparkster on July 23, 2018.
Etherscan link:
https://etherscan.io/tx/0x1bc[redacted]

| | |
|---|---|
| Transaction Hash: | [redacted] |
| Status: | Success |
| Block: | 6017806 11526304 Block Confirmations |
| Timestamp: | 1795 days 22 hrs ago (Jul-23-2018 08:37:05 PM +UTC) |
| From: | 0x6C5[redacted] |
| Interacted With (To): | 0x971[redacted](Old Sparkster Token) |
| ERC-20 Tokens Transferred: | From 0x6C5D2[redacted] To 0x5B0558[redacted] For 33,212,355.3 Sparkster...(SPRK...) |



EXHIBIT G

**Figure 12. Primablock Pool Receives Second Installment of SPRK Tokens**
This screenshot shows the Primablock pool (0x5B05) receiving 10,000,000 SPRK tokens from Sparkster on August 27, 2019.
Etherscan link: https://etherscan.io/tx/0x6c55[redacted]

| | |
|---|---|
| Transaction Hash: | [redacted] |
| Status: | Success |
| Block: | 8430226 9113909 Block Confirmations |
| Timestamp: | 1396 days 13 hrs ago (Aug-27-2019 05:06:48 AM +UTC) |
| From: | 0x005[redacted] |
| Interacted With (To): | 0x80a[redacted](Sparkster: SPRK Token) |
| ERC-20 Tokens Transferred: 50 | From Sparkster: Deployer To 0x5B0558...[redacted]For 10,000,000 ($7,533,970.00) Sparkster... (SPRK...) |

**Figure 13. Balina Receives First Installment of SPRK Tokens**
This screenshot shows Balina receiving his first installment of SPRK tokens form the Sparkster Investment Pool.
Etherscan link: https://etherscan.io/tx/0xcfa8[redacted]

| | |
|---|---|
| Transaction Hash: | [redacted] |
| Status: | Success |
| Block: | 7927084 9617216 Block Confirmations |
| Timestamp: | 1474 days 22 hrs ago (Jun-09-2019 09:14:31 PM +UTC) |
| From: | 0xe33[redacted] |
| Interacted With (To): | 0x5B0[redacted] |
| ERC-20 Tokens Transferred: | From 0x5B0558...[redacted] To 0xe33E44...[redacted]For 690,497.1 Sparkster... (SPRK...) |



**EXHIBIT G**

**Figure 14. Balina Receives Second Installment of SPRK Tokens**
This screenshot shows Balina receiving his second installment (his 30% bonus) of SPRK tokens (shown on last line of the screenshot).
Etherscan link:
https://etherscan.io/tx/0x99dc[redacted]




**Figure 15. Balina Modifies Investment Pool Minimum and Maximum Contributions, and Total Pool Cap**
This screenshot shows Balina modifying the minimum contribution, maximum contribution, and total cap for the Sparkster Investment Pool.
Etherscan link:
https://etherscan.io/tx/0x8ddf[redacted]






EXHIBIT G