IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>-against-<br><br>IAN BALINA,<br><br>      Defendant. | Civil Action No. 1:22-CV-950-DAE<br><br>ECF CASE<br><br>(Jury Trial Demanded) |

### JOINT MOTION FOR CLARIFICATION REGARDING TRIAL DEADLINES

Plaintiff Securities and Exchange Commission and Defendant Ian Balina (collectively, "the Parties") jointly move the Court to clarify the schedule for this action (the "Action"), including specifically the upcoming pretrial deadlines and the trial date.

The Parties understand that this Court's general practice is to set trial dates "after dispositive motions have been heard by the court and ruled upon." *See* Fact Sheet for Senior Judge David Alan Ezra at 7, No. 34. The parties agree that such a practice makes sense for this Action, and jointly propose that all pre-trial deadlines be stayed, or continued, pending the Court's ruling on the pending motions for summary judgment and partial summary judgment filed by both Parties. In support of this request, the Parties state the following:

1. On September 19, 2022, Plaintiff Securities and Exchange Commission ("SEC") initiated this Action by filing its complaint, which was originally assigned to the Honorable Judge Robert Pitman. [ECF No. 1].

2. On November 18, 2022, Defendant Ian Balina filed his answer. [ECF No. 7].

3. On February 7, 2023, the Court, by Judge Pitman, held the initial pretrial conference and entered the Scheduling Order. [ECF Nos. 12 and 16].

4. The Court's Scheduling Order set this Action for a Jury Trial on February 5, 2024, with jury selection possibly taking place on Friday, February 2, 2024. [ECF No. 16].

5. On April 21, 2023, this Action was transferred to the docket of the Honorable Judge David A. Ezra, for all purposes. [ECF No. 17].

6. On September 1, 2023, discovery was completed.

7. On September 28, 2023, Defendant Balina filed his motion for summary judgment, which is now fully briefed. [ECF Nos. 23, 27, and 29].

8. On September 29, 2023, in a minute order, this Court granted an extension of the deadline to file dispositive motions until November 21, 2023.

9. On November 21, 2023, Plaintiff Securities and Exchange Commission filed its motion for partial summary judgment. [ECF No. 33]. Pursuant to the Court's minute order entered on December 5, 2023, Defendant Balina's opposition is now due on December 11, 2023, and Plaintiff's reply in support of its motion is due on or before December 22, 2023.

Considering Judge Pitman's transfer of this Action, and the subsequent filing of dispositive motions, the Parties respectfully request that this Court clarify if, consistent with its usual practice, the current trial date and related deadlines, as entered by Judge Pitman, will be stayed or continued pending the Court's ruling on dispositive motions. The parties believe that staying or continuing the trial deadlines to allow the Court sufficient time to rule on the pending motions will minimize the time, expense, and effort of the parties, witnesses, their counsel, and the Court in preparing for trial. If the Court prefers to simply set a new trial date now, the parties are available to confer with the Courtroom Deputy to jointly propose a schedule that suits the Court.

Respectfully submitted,

/s/ Fernando Campoamor-Sánchez                                        Dated: December 11, 2023
Melissa Armstrong, State Bar No. 24050234
Fernando Campoamor Sánchez*
Ivan J. Snyder*
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549
(202) 551-8523 (Telephone: Campoamor Sánchez)
(202) 772-9286 (Facsimile)
Email:  campoamorsanchezf@sec.gov
*Counsel for Plaintiff Securities and Exchange Commission*

*Admitted *pro hac vice*


/s/ Michael Navarre                                        Dated: December 11, 2023
Michael L. Navarre, State Bar No.00792711
mnavarre@bnsfirm.com
Beatty Navarre Strama, PC
901 S. MoPac Expy., Building 1, Suite 200
Austin, Texas 78746
(512) 879-5050
(512) 879-5040 (facsimile)
*Counsel for Defendant Ian Balina*

## **CERTIFICATE OF SERVICE**

      I certify that on December 11, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

                                              */s/ Fernando Campoamor-Sánchez*
                                              Fernando Campoamor-Sánchez