UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission | § § § | NO:  AU:22-CV-00950-DAE |
| vs. | § § § | |
| Ian Balina | | |

ORDER VACATING TRIAL DATE

On April 21, 2023 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The trial setting set by the Court's Scheduling Order (dkt No. 16) entered on February 7, 2023 are hereby **VACATED**. The remaining deadlines in said scheduling order shall remain in effect. The trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, December 13, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE