UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | § § § | No. 1:22-cv-00950-DAE |
| *Plaintiff,* | § § | |
| v. | § § | |
| IAN BALINA, | § § § | |
| *Defendant.* | § | |

ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Ian Balina's ("Balina") Joint Stipulation of Dismissal and Releases. (Dkt. # 60.) Having considered the Stipulation of Dismissal, the Court is of the opinion that the Stipulation should be **GRANTED.**

Accordingly, the Court hereby **GRANTS** the Stipulation of Dismissal with Prejudice in its entirety. It is therefore **ORDERED** that all claims and causes of action asserted by SEC against Defendant Balina in this case are **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees, costs, and expenses. The Clerk is **INSTRUCTED TO CLOSE THE CASE.**

IT IS SO ORDERED.

DATED: Austin, Texas, June 5, 2025.

_____
David Alan Ezra
Senior United States District Judge